```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0169--CV (JKS)
            "MARK DANIEL NASON V CRAIG TURNBULL ET AL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  2 (doc #56)
             Filed: 08/10/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (550) Prisoner - Civil Rights
                    42:1983
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:
```

Parties of Record:                            Counsel of Record:

```
PLF 1.1            NASON, MARK DANIEL           Mark Daniel Nason
                                                Pro Per: 178878
                                                Spring Creek Correctional Center
                                                POB 5001
                                                Seward, AK 99664


DEF 1.1            TURNBULL, CRAIG              Marilyn J. Kamm
                                                Attorney General's Office
                                                POB 110300
                                                Juneau, AK 99811-0300
                                                907-465-3428
                                                FAX 907-465-4043

DEF 2.1            HOUSER, A.                   Marilyn J. Kamm
                                                (see above)

DEF 3.1            ELDE, GARY                   Marilyn J. Kamm
                                                (see above)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A04-0169--CV (JKS)
              "MARK DANIEL NASON V CRAIG TURNBULL ET AL"

                       For all filing dates
```

```
 Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
   Referral Rule:  2 (doc #56)
           Filed:  08/10/04
          Closed:  NO

    Jurisdiction:  (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit:  (550) Prisoner - Civil Rights
                   42:1983
          Origin:  (1) Original Proceeding
          Demand:
      Filing fee:  In Forma Pauperis
        Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/10/04 | PLF 1 motion (application) to waive prepayment of fees w/att exhs. |
| 2 - 1 | 08/10/04 | Complaint under 42:1983 filed w/att exhs. |
| NOTE - 1 | 08/16/04 | Issued: Summons re: Def 1. |
| NOTE - 2 | 08/16/04 | Issued: Summons re: Def 2. |
| NOTE - 3 | 08/16/04 | Issued: summons re: Def 3. |
| 3 - 1 | 08/16/04 | JKS Order granting motion (application) to waive prepayment of fees (1-1). SCCC or any other institution with cusotdy of Mr. Nason shall collect the $150.00 filing fee owed by collecting monthly payments from Mr. Nason's prison acct. The clerk shall serve a copy of this order on SCCC, John Bodick and Finance. Sccc shall forwarded a copy of this order to any other institution which receives custody of Mr. Naso. cc: M. Nason, J. Bodick, Finance, SCCC, PSLC |
| 4 - 1 | 08/16/04 | JKS Order directing service and response. Plf to proceed to insure that service of porcess is completed w/in 120 days of the date he filed his complaint. The clerk shall issue summons to C. Turnbull, A. Houser & F. Elde and send a copy of this order, the original summons and a Form 285 for each def to plf. Mr. Nason shall send a fully completed Form 285, a copy of the complaint and an original and one copy to the USM. The clerk shall immediately send one copy of this order, the cmplt and the summonses to J. Bodick. On or before 21 days from the date of service of this order, The AG for the SOA shall file an appearance for each named def that the AG ahs decided to represent. The AG shall provide to the USM defs' last known addresses contained in state personnel files. This information shall be maintained as confidential by the USM. The AG shall w/in 21 days file a notice identifying those defs for whom addresses have been provided to the USM and identifying those defs which SOA has no current address. The USM shall serve the completed documents as stated. Mr. Nason is responsible for paying the USM fees and costs, he will be billed after service of process is complete. Defs have 30 days after the date to file an answer or responsive pleading. Mr. Nason to follow LR 10.1(b). Case is referred to MJ Branson pursuant to LMR 4(6). The clerk is directed to send a copy of the pro se handbook to |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A04-0169--CV (JKS)
                         "MARK DANIEL NASON V CRAIG TURNBULL ET AL"

                                    For all filing dates

Document #    Filed      Docket text
----------    -----      -----------
                         Mr. Nason.  cc:  M. Nason w/summons, Form 285, pro se handbook, J.
                         Bodick w/cy cmplt & summons, PSLC

   5 -   1   08/25/04    AAG Notice re: confidential addresses to USM re: Defs 1-3.

   6 -   1   08/26/04    DEF 1-3 Attorney Appearance of M. Kamm (AAG-Juneau).

   7 -   1   10/06/04    USM Return of svc executed re: DEF 1 on 9/2/04,

   8 -   1   10/06/04    USM Return of svc on summons re: DEF 3 on 9/9/04.

   9 -   1   10/13/04    USM Return of summons re: DEF 2 executed 10/12/04.

  10 -   1   10/13/04    Document not used.

  11 -   1   10/18/04    AHB Minute Order (case not at issue re: Def 1 & 3); answer/application
                         for default due w/in 20 days from MO.  cc: cnsl

  12 -   1   10/22/04    DEF 1-3 Answer to Complaint.

  13 -   1   10/28/04    AHB Minute Order that S&P conf is set 11/5/04 at 10:30 a.m.; cnsl for
                         def to make arrangements w/correctional center to have plf available
                         telephonically; cnsl for defs to arrange conf call to be placed to crt;
                         said conf call to include both plf and cnsl for def.  cc: cnsl

  14 -   1   11/08/04    AHB Court Minutes [ECR: Denali Elmore] of S&P conf (held 11/5/04);
                         setting the following dates: Original discovery 02/14/05; Dispositive
                         motions deadline 03/31/05.  cc: cnsl

  15 -   1   11/10/04    AHB Scheduling and Planning Order; close of discovery 2/14/05;
                         dispositive mots due 3/31/05.  cc: cnsl

  16 -   1   01/20/05    PLF 1 motion to accept late filing of revised/amended pleadings w/att.

  17 -   1   01/20/05    DEF 1-3 Preliminary Witness List.

  18 -   1   01/31/05    DEF 1-3 opposition to PLF 1 motion to accept late filing of
                         revised/amended pleadings (16-1).

  19 -   1   02/01/05    PLF 1 reply to opposition to PLF 1 motion to accept late filing of
                         revised/amended pleadings (16-1).

  20 -   1   02/01/05    PLF 1 motion to compel discovery.

  21 -   1   02/16/05    AHB Order denying motion to accept late filing of revised/amended
                         pleadings (16-1).  Plf shall be granted an extension of time until
                         3/7/05 to file an amended complaint.   cc: cnsl

  22 -   1   02/17/05    DEF 1-3 opposition to PLF 1 motion to compel discovery (20-1) w/att aff.

  23 -   1   02/24/05    PLF 1 reply to opposition to PLF 1 motion to compel discovery (20-1).

  24 -   1   03/02/05    PLF 1 motion to amend complaint.

  25 -   1   03/15/05    DEF 1-3 Final Witness List.

  26 -   1   03/24/05    DEF 1-3 motion for ext of time (to 5/2) to file dispositive motions.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0169--CV (JKS)
                      "MARK DANIEL NASON V CRAIG TURNBULL ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 27 - 1 | 03/29/05 | AHB Order granting motion to amend complaint (24-1).  cc: cnsl |
| 28 - 1 | 03/29/05 | PLF 1 Complaint (Second Amended) |
| 29 - 1 | 03/31/05 | PLF 1 motion to compel answers to interrogatories. |
| 30 - 1 | 04/06/05 | AHB Order granting motion for ext of time (to 5/2) to file dispositive motions (26-1). cc: cnsl |
| 31 - 1 | 04/06/05 | AHB Order denying motion to compel discovery (20-1).  cc: cnsl |
| 32 - 1 | 04/13/05 | DEF 1-3 Answer to Amended Complaint. |
| 33 - 1 | 05/11/05 | AHB Minute Order the clerk is directed to docket #29 as a mot to compel answers to interrogatories,  Def's oppo is due by the COB 5/18/05, plf reply isdye by the COB 5/27/05.   cc: cnsl |
| 34 - 1 | 05/18/05 | DEF 1-3 opposition to PLF 1 motion to compel answers to interrogatories (29-1). |
| 35 - 1 | 06/08/05 | JDR Minute Order in light of retirement of MJ Branson & at the direction of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc: cnsl, Judge Singleton |
| 36 - 1 | 06/20/05 | PLF 1 motion for summary judgment w/att exhs. |
| 37 - 1 | 07/05/05 | DEF 1-3 opposition to PLF 1 motion for summary judgment (36-1) w/att exhs. |
| 37 - 2 | 07/05/05 | DEF 1-3 cross-motion for summary judgment w/att exhs. |
| 38 - 1 | 07/07/05 | DEF 1-3 Notice of flg original signature pages of affs in support of oppo to PLF 1 motion for summary judgment (36-1) and DEF 1-3 cross-motion for summray judgment (37-2). |
| 39 - 1 | 07/13/05 | JDR Minute Order re hrg on mot to compel (29-1) set for 8/8/05 at 9:30 a.m. cc: cnsl |
| 40 - 1 | 07/19/05 | PLF 1 reply to opposition to PLF 1 motion for summary judgment (36-1) w/att exhs. |
| 41 - 1 | 07/25/05 | DEF 3 Affidavit of Gary Elde re: oppo re: PLF 1 motion for summary judgment (36-1), DEF 1-3 cross-motion for summary judgment (37-2). |
| 42 - 1 | 07/25/05 | DEF 1-3 motion for leave to file exhibit under seal. |
| 43 - 1 | 07/26/05 | DEF 1-3 reply to opposition to DEF 1-3 cross-motion for summary judgment (37-2). |
| 44 - 1 | 07/27/05 | JDR Order granting motion for leave to file exhibit under seal (42-1). cc: cnsl |
| 45 - 1 | 07/27/05 | {SEALED} |
| 46 - 1 | 07/27/05 | DEF 1-3Notice of filing orig signature pg of aff of CO III G. Eide in support of oppo re: PLF 1 motion for summary judgment (36-1), DEF 1-3 cross-motion for summary judgment (37-2). |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0169--CV (JKS)
                            "MARK DANIEL NASON V CRAIG TURNBULL ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 47 - 1 | 08/02/05 | PLF 1 reply to States response titled reply to DEF 1-3 cross-motion of summary judgment opposition (37-2). |
| 48 - 1 | 08/08/05 | JDR Court Minutes [ECR: Linda Christensen] re Hearing on Plaintiff's Motion to Compel Answers to Interrogatories (DOC #29) (held 8/8/05); mot at dkt #29 denied. Court to issue R&R re mot & cross-mot for SJ. cc: cnsl, Clerk |
| 49 - 1 | 09/02/05 | Initial R&R re: PLF 1 motion for summary judgment (36-1); Recommended be denied; Objections due NOON 09/19/05. Reply due NOON 09/26/05. cc: cnsl, Judge Singleton |
| 49 - 2 | 09/02/05 | Initial R&R re: DEF 1-3 cross-motion for summary judgment (37-2); Recoomended be granted; Objections due NOON 09/19/05. Reply due NOON 09/26/05. cc: cnsl, Judge Singleton |
| 50 - 1 | 09/08/05 | PLF 1 objection to R&R re: PLF 1 motion for summary judgment (36-1), DEF 1-3 cross-motion for summary judgment (37-2). |
| 51 - 1 | 09/12/05 | JDR Minute Order re clerk to serve cy of #50 on cnsl for def. cc: cnsl |
| 52 - 1 | 09/20/05 | DEF 1-3 reply to objection to R&R re: PLF 1 motion for summary judgment (36-1), DEF 1-3 cross-motion for summary judgment (37-2). |
| 53 - 1 | 09/23/05 | Final R&R re: PLF 1 motion for summary judgment (36-1), DEF 1-3 cross-motion for summary judgment (37-2); MJ declines to modify recommendation; matter ready for USDJ. cc: cnsl, Judge Singleton |
| 54 - 1 | 09/27/05 | JKS Order denying motion for summary judgment (36-1); granting in part cross-motion for summary judgment as to all claims exept retaliation claim (37-2). cc: cnsl, MJ Roberts |
| 55 - 1 | 09/28/05 | JKS Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 56 - 1 | 10/11/05 | PLF 1 Response to Order at docket no. 55. |
| 56 - 2 | 10/11/05 | PLF 1 motion for appointed attorney. |
| 57 - 1 | 10/17/05 | DEF 1-3 Response to PLF 1 Response to Order at docket no. 55. |
| 57 - 2 | 10/17/05 | DEF 1-3 motion for leave to file a motion for summary judgment on the issue of punitive damages. |
| 58 - 1 | 11/02/05 | JKS Minute Order referring to MJ motion for appointed attorney (56-2). cc: cnsl, MJ Roberts |
| 59 - 1 | 11/03/05 | JDR Minute Order denying motion for appointed attorney (56-2). cc: cnsl, Judge Singleton |
| 60 - 1 | 11/08/05 | JKS Minute Order granting motion for leave to file a motion for summary judgment on the issue of punitive damages (57-2). cc: cnsl |