Exibit 1

| STATE OF ALASKA | REQUEST FOR INTERVIEW<br>SCCC | DEPARTMENT OF CORRECTIONS<br>**INMATE COPY** |

**Name:** NASON MARK    **OBS#** 178878    **MOD:** B14    **Date:** 12-10

**To:** Assist. Superintendent Rhiemer

**Request:** You made it sound like I somehow manipulated the system and "got over" on the D-7 write up. Lets keep this real, its the only way a structured program can work. I did not misbehave or break a rule. I had some cartoon designs for my nephews + nieces... How does that constitute misbehavior or breach of contract on my part? I spoke to Sgt Faust and worked within policy guidelines oller

**Prisoner Signature:** N

**Action Taken:** I do not need to provide any other explanations

12/17/04

**Employee Signature:**    **Date:**

**Final Action Taken:**

REVIEW

**Employee Signature:**    **Date:** 12-19-07

Instructions: Requests must be specific and state the action being requested (i.e. interview, hearing, etc.). Requests are to be written within the confines of designated areas.

INMATE COPY

And resolved the situation informally, saving many staff hours on some frivolous "incident".

The <u>only</u> reason Porter wanted to write me up, was because I would not let him throw away my property.

Please explain to me how my actions were in any way inappropriate.

Sincerely, [signature]