① EXIBIT B PAGE 1 of 4

# DISCIPLINARY HEARING NOTICE H1

**PRISONER'S NAME:** Galinda-Rivera Victor  **OBSCIS:** 487987  **DOB:** 12-24-72  **INSTITUTION:** SCCC

You are hereby advised of your scheduled appearance before the Disciplinary Chairperson / Committee of this Institution on 1-26-05 at approximately 0900 hrs ; Place: H1

~~For alleged conduct in violation of:~~ 22 AAC 05.400( E )( 5 ) Date of Violation: 1-8-05
( 1-26-05 )   **Citation of Prohibited Act(s)**

The hearing will not be held within less than **48** hours of this notice unless you waive that requirement by signing the waiver below:

**I waive the 48 hour requirement:** _____

You are entitled to receive the assistance of a staff hearing advisor in the disciplinary process if the infraction alleged is a Low or High-Moderate; or a Major Infraction. You may select from an advisor pool designated by the Superintendent for that purpose; the present advisors are:

Ofc P Shogren, Ofc R Schwenk, and Ofc J Macomber

_____ I select as my advisor: _____ 2nd choice: _____
_____ I waive the assistance of an advisor.

*(To be initialed and/or completed by subject prisoner, however; should subject be unable or unwilling to write, completed and initialed by staff delivering notice and receiving response).*
Your hearing will be postponed for two (2) working days beyond the presently scheduled time, if you request postponement in writing before the hearing. At the hearing, you may be granted a two (2) working day postponement upon a finding that good cause exists. Also, be advised you must inform the Disciplinary Chairman in writing at least **24** Hours before the hearing of witnesses you wish to call or evidence you intend to introduce at the hearing. If you refuse to attend the hearing, adjudication and disposition may be made on your behalf in your absence.

Notice received and/or delivered: (See reverse side for Agenda and further Procedural Opportunities).

_____ / _____ / _____ / _____ / _____
**Prisoner's Signature** / Date / Time / Officer's Signature / Officer's Printed Name

## POSTPONEMENT NOTICE

Your Disciplinary Hearing is/was postponed as of _____ and is rescheduled for _____ for the following reasons: _____.
Place: _____  Time: _____

_____, _____, and _____

_____ I select as my advisor: _____ 2nd choice: _____
_____ I waive the assistance of an advisor.

Notice received and/or delivered: (See reverse side for Agenda and further Procedural Opportunities).

_____ / _____ / _____ / _____ / _____
**Prisoner's Signature** / Date / Time / Officer's Signature / Officer's Printed Name

Distribution: Disciplinary Clerk (original)
　　　　　　  Hearing Advisor
　　　　　　  Prisoner Copy

SCCC 5-19

*Prisoner Copy*

20.809.04A Rev 9/99

# Incident Report



| Name of prisoner: | OBSCIS # | DOB: | Institution | Date/Time |
|---|---|---|---|---|
| Galindo-Rivera, Victor | 487987 | 12/24/1972 | S.C.C.C. | 1/8/05  0700 |

**Check course of action:** (To be determined by the Assistant Superintendent)  [X] Disciplinary   [ ] Informational

**Infraction Citation & Title:** 22 AAC 05.400 (e)(5) Stealing, destroying, altering or damaging Government property which results in damages of less than $50.00.

**Narrative:** On the 8th of January, 2005, at approximately 0700 hours, I was performing a search of cell B-12 which is solely occupied by Prisoner Galindo-Rivera, Victor OBS # 487987. I found the waist band of a pair of state issue underwear underneath the mattress in the cell. The bottom portion of the underwear was recovered from the side of the cell's sink. I also found several strips of state issue sheets which were used to tie the prisoners bedding securely to the mattress. A large portion of damaged state issue sheet was found at the base of the cell's slider door. These items were seized, and a chain of evidence initiated. A one for one clothing exchange, and a no state issue sheets individual determination restriction was initiated.///End of Report///

| Copy of Report to Prisoner: | | Reporting Staff's Printed Name/Signature/Date | |
|---|---|---|---|
| Date: | Time: | Houser, A. CO II | 1/8/05 |

**Disposition:**

**Chairperson or Resolution Officer:**

| Member: | | Member: | |
|---|---|---|---|

On matters referred to the Disciplinary Committee/Hearing Officer as a result of this report see the Written Report relative to this incident.

**Final Copy to Prisoner**

| Date: | Time: | Staff Signature: | |
|---|---|---|---|

*Prisoner Copy*

5-19

*Department of Corrections Form #809.03 Revised: 4/95*

STATE OF ALASKA  DEPARTMENT OF CORRECTIONS

EVIDENCE RECORD

| RECEIVED FROM: Last: Galindo-Rivera | (Name of subject, source of evidence) First: Victor | MI: | DATE OF RECEIPT 1/8/05 | TIME OF RECEIPT 0700 |
|---|---|---|---|---|
| OBSCIC NUMBER: 487987 | PURPOSE OR VIOLATION ALLEGED: 22 AAC 05.400 (e)(5) Stealing, destroying, altering, or damaging government property which results in damages of less than $50.00 | | | |

| ITEM NO. | QTY | DESCRIPTION (Include model, serial no., identifying marks, condition, etc.) |
|---|---|---|
| 1 | 2 | Piece of state issue underwear. |
| 2 | 1 | Damaged state issue sheet. |
| 3 | 4 | Strips from a state issue sheet. |

I CERTIFY THAT I HAVE RECEIVED CUSTODY AND ACCOUNTABILITY FOR THE ITEMS LISTED ABOVE.

| NAME AND TITLE (Typed or printed) Houser, Andrew  CO II | DATE: 1/8/05 | SIGNATURE: |
|---|---|---|

**CHAIN OF CUSTODY**

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1-3 | 1/8/05 | NAME & TITLE Houser, Andrew  CO II SIGNATURE | NAME & TITLE Elde, Gary  Sergeant SIGNATURE | Evidence |
| 1-3 | 1/8/05 | NAME & TITLE Elde, Gary  Sergeant SIGNATURE | NAME & TITLE Secure storage SIGNATURE | |
| | | NAME & TITLE SIGNATURE | NAME & TITLE SIGNATURE | |
| | | NAME & TITLE SIGNATURE | NAME & TITLE SIGNATURE | |
| | | NAME & TITLE SIGNATURE | NAME & TITLE SIGNATURE | |

20-803.08B Rev. 6/85

*Prisoner Copy*

5-19

# PROPERTY SEIZURE REPORT / RECEIPT

**SPRING CREEK CORR. CTR.**      **Galindo-Rivera, Victor**    487987
Institution               Prisoner's Name        OBS#

**08-Jan-05**                   **7:10**
Date                     Time

The following items were seized for the reason (s) stated below:

☐ Transfer ☐ House I ☐ Excess Property ☑ Unauthorized Property

Explanation: Evidence

| Qty | Item Description |
|---|---|
| 2 | Pieces of state issue underwear. |
| 1 | Damaged state issue sheet. |
| 4 | Strips from a state issue sheet. |

**Houser, A.**             **Elde**
Officer Making Report ( print )     House / Shift Supervisor (PRINT)

Signature             Signature

**Date and Time the Prisoner received a copy of the Property Seizure Report**

1-8-05  0730
Date and Time          Signature of Prisoner or Officer delivering the copy

*Prisoner Copy*

**LOCKER: 218**

5-19
Form 20-803.08 rev. 4/92