## PRISONER GRIEVANCE

| PRINT NAME | INSTITUTION - MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| NASON MARK | SCCC CHARlie | 178878 | 9181 |

**DATE OF INCIDENT:** 10-16 + 10-20

**DESCRIBE INCIDENT AND YOUR ATTEMPTS TO HANDLE IT INFORMALLY. ONE ISSUE PER GRIEVANCE.**

I AM filing this Grievance alleging staff Misconduct: I AM currently involved in a good behavior program to earn privileges such as family phone calls or a book. Several inmates are also involved, including Arthur Hapoff, Charlie #15. On 10-16-04 Sgt. Elde asked what I wanted this week, a phone call or a book. I stated a phone call. He asked inmate Hapoff, he requested a book. Sgt. Elde cuffed him up and allowed him to go to Delta module and select a book. I asked Sgt. Elde for a phone call on 10-17-04. He said "You'll have to wait until Wed. (10-20) to see if you've earned it". I did not point out that inmate Hapoff was given his privilege the previous day. I asked for my phone call on 10-20 (Today) Sgt. Elde told me "that due to an informational report filed on night shift involving inmate Hapoff + myself, monitored conversations, I would not recieve a phone call this week, better luck next time." I asked to review this informational report. He denied access to it. The exact conversation is as follows: Inmate Hapoff inquired if another inmate was going to pull a fire sprinkler. I replied for him to shut up and quit talking about it. End of Discussion. Now, hours after I was denied my phone call Sgt. Elde made a big production of bringing in another book (this one from the library) and giving it to inmate Hapoff. Sgt. Elde is clearly showing favoritism and attempting to provoke a negative response from me. I believe this is retaliatory action due to previous Grievances and a Federal Civil Action Pending.

(Attach additional pages if necessary)

**I REQUEST THE FOLLOWING RELIEF: (State outcome you are seeking):**

An end to this continuous Harassment.

I UNDERSTAND THAT THIS GRIEVANCE MUST BE FILED WITH THE GRIEVANCE COORDINATOR WITHIN 30 DAYS OF THE OCCURRENCE OR MY KNOWLEDGE OF THIS INCIDENT.

**DATE:** 10-20-04   **PRISONER'S SIGNATURE:** Mark Nason

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE AND HAVE ISSUED THE LOG NUMBER ABOVE FOR REFERENCE. PLEASE REFER ANY INQUIRES ABOUT THIS GRIEVANCE TO THE ASSIGNED LOG NUMBER.

**DATE FILED IN COMPLIANCE:** 10/22/04   **GRIEVANCE COORDINATOR'S SIGNATURE:** [signature]

04-454 #2

Department of Corrections Form #808.03C
Revised: 07/95
Page 1 of 2

EXHIBIT A
PAGE 1 OF 1