# PRISONER GRIEVANCE

| PRINT NAME | INSTITUTION - MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| NASON MARK D | SCCC CHARLIE | 178878 | 9181 |

**DATE OF INCIDENT:** 10-3-04

**DESCRIBE INCIDENT AND YOUR ATTEMPTS TO HANDLE IT INFORMALLY. ONE ISSUE PER GRIEVANCE.**

THE Following Grievance is an allegation of staff misconduct. [Specifiy] What I believe to be Retaliatory Action by Sgt. Gary Elde And Ofc. A. Houser for the Grievances And Federal Civil Action filed Against them alleging cruel and unusual punishment. I was moved from Bravo mod cell 17 to Charlie mod cell 1 at Sgt. Eldes' direction. Charlie Mod is modified for those inmates with poor behavior. No mirrors, No Desks, No shelfs, Just A bare concrete slab for a bed. I was moved despite the fact that my behavior has been exemplary for several months. While several other inmates residing in Bravo has not. Example: Tony Robertson throwing fecal matter across the mod on two occasions And putting it in the mail box. The fact that I was relocated was unfair in And of itself. However, the heart of my complaint is as follows: I asked ofc. A. Houser what cell I was being moved to. He informed me Cell CHARLIE #1. I inquired if it had been properly cleaned as the previous day I'd heard that inmate Donald Henders had wiped fecal matter all over himself and the cell. He assured me that it had been. Upon entering the cell, I was overcome by a strong stench, the equivalent of a poorly maintained outhouse. I could see dried fecal matter on 3 of the walls, the light and packed in the speaker box. I immediately informed ofc. A. Houser of this and Requested to be placed in Cell #2 Charlie which was also vacant. He smiled and stated "This is where I was told to put ya".

**SEE ADDITIONAL PAGE**   (Attach additional pages if necessary)

**I REQUEST THE FOLLOWING RELIEF:** (State outcome you are seeking):

An end of Sgt. Gary Eldes' continual Harassment And ~~unpoli~~ Unprofessional Behavior.

I UNDERSTAND THAT THIS GRIEVANCE MUST BE FILED WITH THE GRIEVANCE COORDINATOR WITHIN 30 DAYS OF THE OCCURRENCE OR MY KNOWLEDGE OF THIS INCIDENT.

**DATE:** 10/21/04   **PRISONER'S SIGNATURE:** Mark Nason

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE AND HAVE ISSUED THE LOG NUMBER ABOVE FOR REFERENCE. PLEASE REFER ANY INQUIRES ABOUT THIS GRIEVANCE TO THE ASSIGNED LOG NUMBER.

**DATE FILED IN COMPLIANCE:** 10/22/04   **GRIEVANCE COORDINATOR'S SIGNATURE:** [signature]

04-454 A1

Department of Corrections Form #808.03C
Revised: 07/95     Page 1 of 2

EXHIBIT B
PAGE 1 OF 2

PG. 2                                                                                          10-3-04

I contacted ofc. Riddla in control Room via the cell intercom system And informed him that my cell was coated in dried fecal matter and the toilet was plugged up And would not flush. He spoke to SGt Elde two times on my behalf over the next 2-3 hours. SGt. Elde would not move me or come to talk to me. So I informed ofc. Riddla that I was filing an emergency verbal Grievance as I felt my health was in jeopardy, And asked him to notify the Post 1 SGt and the Superintendent if SGt. Elde Refused to Assist. A few minutes later ofc. Spaulding (I believe his name is)., brought a plastic bucket to my door with a Rag, sponge and spray bottle. I informed him that was not bio hazzard gear designed for cleaning human waste, And further it was not my job to do that, I Again Requested to be moved to the clean Vacant cell next to mine,. Approximately an hour later I was Relocated. Inmate Arthur Hapoff from cell CHARLIE 15 was assigned/contracted to clean cell #1. He spent Nearly 6 hours with bleach and a garden hose And scrub brushes to accomplish this. (7pm - 1Am). Before SGt Elde left that day, he came by my cell And postured Angrily, then declared "You will go back in that cell once its cleaned up". My Health is being placed in jeopardy As A deliberate Attempt to provoke a negative Response., I am currently involved in a program to earn privileges for good behavior.

EXHIBIT B
PAGE 2 OF 2

Mark ——