RECEIVED
FEB 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason, ) | |
|     Plaintiff, ) | |
| vs. ) | |
| Craig Turnbull, et al., ) | |
|     Defendants. ) | Case No. A04-169 CV (JKS) |

## MOTION FOR EXTENSION OF TIME

Come now defendants, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby request an extension of time in which to file their reply to the opposition to motion for summary judgment. This motion is supported by the accompanying affidavit of counsel

Dated this 8th day of February, 2006, at Juneau, Alaska.

/////

/////

/////

Motion for Extension of Time
*Nason v. Turnbull et al*, Case A-04-169 ci (JKS)
Page 1 of 2

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *Marilyn J. Kamm*
Marilyn J. Kamm
Assistant Attorney General

I certify that on February 8, 2006, I caused to be mailed a true and correct copy of the foregoing motion, affidavit and order with first class postage, via the U.S. Post Office to:

    Mark Nason
    SCCC
    Box 5001
    Seward, AK  99664-5001

*Patricia Bower*
Patricia Bower, Law Office Assistant

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428  FAX: (907) 465-4043

Motion for Extension of Time
*Nason v. Turnbull et al*, Case A-04-169 ci (JKS)
Page 2 of 2