RECEIVED
FEB 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason, ) | |
|       Plaintiff, ) | |
| vs. ) | |
| Craig Turnbull, et al., ) | |
|       Defendants. ) | Case No. A04-169 CV (JKS) |

ORDER GRANTING EXTENSION OF TIME IN
WHICH TO FILE REPLY

It is hereby ordered that defendants' motion for extension of time in which to file their reply is granted. The reply shall be filed on or before February 24, 2006.

Dated this _____ day of February, 2006.

_____
John D. Roberts
Magistrate Judge