RECEIVED

FEB 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason, | ) |
| Plaintiff, | ) |
| vs. | ) |
| Craig Turnbull, et al., | ) |
| Defendants. | ) |
| | ) Case No. A04-169 CV (JKS) |

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA      )
                     ) ss.
FIRST JUDICIAL DISTRICT  )

I, Marilyn J. Kamm, after being duly sworn and based upon my personal knowledge state that:,

1.   I am the attorney for the defendants in this case.

Affidavit of Counsel
*Nason v. Turnbull et al.,* Case A04-169 CV (JKS)
Page 1 of 3.

2. I am requesting a two week extension of time in which to file the reply to plaintiff's opposition to my motion for summary judgment.

3. The reply is due February 10, 2006, per the electronic filing notice.

4. I am one of two attorneys for the Department of Corrections. My colleague, Mr. John Bodick, has been on leave since February 2, 2006. He is scheduled to return to work on February 13, 2006.

5. I am requesting additional time because I have not had time in which to draft the reply. Mr. Bodick is the attorney who handles most of the telephone calls from the Department of Corrections, while I am assigned much of the litigation. Since Mr. Bodick went on leave, I have spent a substantial amount of time each day researching and responding to questions from DOC staff. Most of these calls involve questions about corrections law and require immediate responses.

6. I have also been busy working on other cases that require my attention now. In addition, it has been time-consuming contacting the defendants and other witnesses in this case because they work in week-on, week-off shifts. The plaintiff has also raised numerous irrelevant issues and accusations in his opposition. I need additional time in which to research his new claims.

7. This request is not brought for the purposes of delay.

Further this affiant sayeth naught.

Affidavit of Counsel
*Nason v. Turnbull et al.,* Case A04-169 CV (JKS)
Page 2 of 3.

1

2

3    _Marilyn J. Kamm_
     Marilyn J. Kamm

4

5    SUBSCRIBED AND SWORN TO before me this 8th day of February, 2006, at
     Juneau, Alaska.

6
                                       _Patricia J. Bower_
7                                      Notary Public in and for State of Alaska
                                       My Commission Expires: _with office_
8

9    

10

11

Affidavit of Counsel
*Nason v. Turnbull et al.,* Case A04-169 CV (JKS)
Page 3 of 3.