Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason,          )<br>                             )<br>         Plaintiff,          )<br>                             )<br>   vs.                       )<br>                             )<br> Craig Turnbull, et al.,     )<br>                             )<br>         Defendants.         )<br> _____ ) | Case No. A04-169 CV (JKS) |

MOTION FOR EXTENSION OF TIME

Come now defendants, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby request an extension of time in which to file their reply to the opposition to motion for summary judgment.  This motion is supported by the accompanying affidavit of counsel

Dated this 24th day of February, 2006, at Juneau, Alaska.

/////

/////

/////

Motion for Extension of Time
*Nason v. Turnbull et al*, Case A-04-169 ci (JKS)
Page 1 of 2

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on February 24, 2006, I caused to be
mailed a true and correct copy of the foregoing motion,
affidavit and proposed order with first class postage,
via the U.S. Post Office to:

    Mark Nason
    SCCC
    Box 5001
    Seward, AK  99664-5001

Marilyn J. Kamm
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Motion for Extension of Time
*Nason v. Turnbull et al*, Case A-04-169 ci (JKS)
Page 2 of 2