Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Craig Turnbull, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. A04-169 CV (JKS) |

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA     )
                    ) ss.
FIRST JUDICIAL DISTRICT )

I, Marilyn J. Kamm, after being duly sworn and based upon my personal knowledge state that:,

1. I am the attorney for the defendants in this case.

Affidavit of Counsel
*Nason v. Turnbull et al.*, Case A04-169 CV (JKS)
Page 1 of 3.

2. I am requesting a two week extension of time in which to file the reply to plaintiff's opposition to my motion for summary judgment.

3. The reply is due February 24, 2006.

4. I am requesting additional time because I have not had enough time in which to draft the reply. In the past two weeks I have devoted a substantial amount of time to learning how to file documents with this court's electronic filing system. I have devoted numerous hours to drafting pleadings and filing them electronically in *Andrews v. Williams*, Case A05-212 Cv (JWS). I am somewhat embarrassed to confess that it took me 2-3 days to accomplish this. However, there was no one else in my section to help me with this project.

5. For over two months I did not have a secretary and had to do almost all my own secretarial work. A secretary was finally hired last month, and now she works for four attorneys. However, for over a week I have had to be my own secretary because of the needs of the other attorneys.

6. I have also been busy working on other cases that required my attention. In addition, it has been time-consuming contacting the defendants and other witnesses in this case because they work in week-on, week-off shifts. The plaintiff has also raised numerous irrelevant issues and accusations in his opposition. I have spent several hours on this case during the past two weeks, but I need additional time in which to research his new claims.

7. This request is not brought for the purposes of delay.

Affidavit of Counsel
*Nason v. Turnbull et al.*, Case A04-169 CV (JKS)
Page 2 of 3.

Further this affiant sayeth naught.

*Marilyn J. Kamm* (signature)
Marilyn J. Kamm

SUBSCRIBED AND SWORN TO before me this 24th day of February, 2006, at Juneau, Alaska.

*Sandra L. Landis* (signature)
Notary Public in and for State of Alaska
My Commission Expires: 2/14/07

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

Affidavit of Counsel
*Nason v. Turnbull et al.*, Case A04-169 CV (JKS)
Page 3 of 3.