Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Craig Turnbull, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. A04-169 CV (JKS) |

RESPONSE TO PLAINTIFF'S INTERROGATORIES

Defendants object to plaintiff's interrogatories because they are untimely. Discovery closed February 14, 2005. See docket 15. Plaintiff's interrogatories are dated February 23, 2005 and were received on February 28, 2005.

Dated this 22nd day of March, 2005, at Juneau, Alaska.

/////

/////

/////

EXHIBIT   A
PAGE  1  OF  2

Responses to Plaintiff's Interrogatories
Nason v. Turnbull et al., Case A04-169 CV (JKS)
Page 1 of 2.

GREGG D. RENKES
ATTORNEY GENERAL

By: *[signature]*
Marilyn J. Kamm
Assistant Attorney General

I certify that on March 22, 2005, I caused to be mailed a true and correct copy of the foregoing with first class postage, via the U.S. Post Office to:

Mark Nason
SCCC
Box 5001
Seward, AK  99664-5001

*[signature]*
Jessica Reis, Law Office Assistant I

EXHIBIT  A
PAGE  2  OF  2

Responses to Plaintiff's Interrogatories
*Nason v. Turnbull et al.,* Case A04-169 CV (JKS)
Page 2 of 2.