Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull, Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Mark Daniel Nason, )
)
    Plaintiff, )
)
vs. )
)
Craig Turnbull, et al., )
)
    Defendants. )
_____ )  Case No. A04-169 CV (JKS)

## OPPOSITION TO MOTION TO COMPEL

The defendants object to the conversion of plaintiff's Reply to Defendants' Response to Interrogatories into a Motion to Compel because the reply does not meet the requirements of Local Rule 37.1 nor does it meet the requirements of FRCP 37. Moreover, defendants have not yet received a copy of that order. Defendants note that a copy of plaintiff's interrogatories was not attached to the reply, nor have defendants received a copy of plaintiff's proposed order. Without a copy of the proposed order, defendants do not know precisely what relief plaintiff seeks. And without a certification

Opposition to Motion to Compel
*Nason v. Turnbull et al.*, Case A04-169 CV (JKS)
Page 1 of 3.

EXHIBIT B
PAGE 1 OF 3

that plaintiff has contacted defendants' counsel about the objections, there has been no effort required under the Local Rules for a party to seek resolution of the dispute without court action.

    Defendants also object to several of the interrogatories on grounds other than they are untimely. In Interrogatory 3 defendants are asked a question about another inmate but there is not indication of the time frame involved. In Interrogatory 4 plaintiff does not indicate whether he is asking information about the standard operating procedures of DOC or SCCC. In Interrogatory 5 plaintiff does not indicate the time frame involved in asking that question. In Interrogatory 6 plaintiffs object to the question because it seeks to invade the privacy of another inmate. In Interrogatory 7 there is no foundation for the question. In Interrogatory 9 plaintiff does not indicate whether he seeks information about DOC or LCCC standard operating procedures. In Interrogatory 10 plaintiff does not indicate whether the question pertains to SCCC or all DOC's facilities.

    There has been no "stonewalling" or lack of cooperation on the part of the defendants. If the court orders defendants to respond to plaintiff's interrogatories dated February 23, 2005, they ask that the deadline for dispositive motions be continued until sometime after the new close of discovery date.

    Dated this 18th day of May, 2005.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: [signature] for
Marilyn J. Kamm
Assistant Attorney General

Opposition to Motion to Compel
*Nason v. Turnbull et al.*, Case A04-169 CV (JKS)
Page 2 of 3.

EXHIBIT B
PAGE 2 OF 3

I certify that on May 18, 2005, I caused to be mailed a true and correct copy of the foregoing with first class postage, via the U.S. Post Office to:

Mark Nason
SCCC
Box 5001
Seward, AK 99664-5001

*Sherry Gowan*
Sherry Gowan

EXHIBIT B
PAGE 3 OF 3

Opposition to Motion to Compel
*Nason v. Turnbull et al.*, Case A04-169 CV (JKS)
Page 3 of 3.