SEGREGATION

DATE: 10-3-04
DAY SS: Sgt Massey (prine)
NIGHT SS: Thompson (prine)

| CELL # | PRISONER (Print Full Name) | DATE/TIME PLACED | PLACED BY: OFFICER (Name & Initials) | AS or PS | TYPE of DAYS | ALERTS TO BEHAVIOR/CONDITION | RESTRICTED ACTIVITIES (Ad Seg Only) | SPECIAL ITEMS and MEDS GIVEN | BY: Init |
|---|---|---|---|---|---|---|---|---|---|
| A1 | [redacted] | 05-21-4 T0730 | Thompson | AS | 8 | | | Razor | M |
| A2 | [redacted] | 09-15-4 T0830 | Thompson | AS | 8 | | | Clippers | |
| A3 | [redacted] | 07-12-4 T0730 | class | MX | / | | | | |
| A4 | [redacted] | 09-19-4 T0730 | Dillon | AS | 8 | Deaf, Mute | | | |
| A5 | [redacted] | 01-3-4 T0720 | class | MX | / | | | Phone | |
| A6 | [redacted] | 06-12-4 T0720 | class | MX | / | | | | |
| A7 | [redacted] | 07-24-4 T0730 | Thompson | AS | 8 | | | | |
| A8 | [redacted] | 05-16-4 T0730 | Linfors | AS | 8 | | | Phone | |
| A9 | [redacted] | 07-24-4 T0730 | class | MX | / | | | | |
| A10 | [redacted] | 01-1-4 T0730 | Gibson | AS | 8 | | | | |
| A11 | [redacted] | 09-22-4 T0730 | Dillon | AS | 8 | | | Phone | |
| A12 | [redacted] | 09-24-4 T0830 | Siller | AS | 8 | | | | |
| A13 | [redacted] | 06-24-4 T0830 | Massey | AS | 8 | | | | |
| A14 | [redacted] | 09-1-4 T0730 | Thompson | AS | 8 | | | Phone / Razor | |
| A15 | [redacted] | 05-24-4 T0930 | class | MX | / | | | | |
| A16 | [redacted] | 07-2-4 T0730 | class/Disc | MX/PS | 365+ | 2mFRx | | | |
| B1 | Nixon, Mark | 04-19-4 T0730 | class/Disc | MX/PS | 365+ | | | | |
| B2 | [redacted] | 011-12-3 T.0830 | class/Disc | MX/PS | 365+ | Nr Typewriter | | | |
| B3 | [redacted] | 07-1-4 T0830 | class/Disc | MX/PS | 365+ | | | | |
| B4 | [redacted] | 09-21-4 T0730 | class/Disc | MX/PS | 30 | 2mFR Po CellLegal 9 | | | |
| B5 | [redacted] | 09-19-4 T0730 | Allen | AS | 8 | 2mFR SH | | | |
| B6 | [redacted] | 08-13-4 T0730 | class/Disc | MX/PS | 365+ | 2mFR SA, NR, No Sede/Lvrs | | | |
| B7 | [redacted] | 09-1-4 T0730 | class/Disc | MX/PS | 35 | 2mFR 9 | | | |
| B8 | [redacted] | 01-10-4 T0730 | Disc | PS | 60 | | | shaving supplies | |
| B9 | [redacted] | 07-21-4 T0730 | Disc | PS | 70 | | | | |
| B10 | [redacted] | 05-31-4 T0830 | Disc | PS | 40 | | | clippers | |
| B11 | [redacted] | 04-2-4 T0730 | Disc | PS | 90 | | | | |
| B12 | [redacted] | 09-1-4 T0830 | Disc | PS | 15 | | | | |
| B13 | [redacted] | 07-25-4 T0730 | Disc | PS | 20 | | | | |
| B14 | [redacted] | 09-24-4 T0730 | Disc | PS/MX | 40 | | | | |
| B15 | [redacted] | 01-6-4 T0730 | class/Disc | MX/PS | 90 | | | | |
| B16 | [redacted] | 09-27-4 T0730 | class/Disc | MX/PS | 365+ | | | | |
| C1 | Hendrix, Donald | 09-30-4 T0730 | class/Disc | MX/PS | 50 | | | | |
| C2 | Clelts, Gregory | 09-22-4 T0730 | class | MX | / | 2mFR 9 AF | | | |
| C3 | [redacted] | 07-7-4 T0730 | class | MX | / | 2mFR 9 SH | | | |
| C4 | [redacted] | 09-1-4 T0730 | Disc | PS | 20 | 2mFR 9 SH | | | |
| C5 | | | | | | | | | |

| VISITORS | Time | Name (print) | Init |
|---|---|---|---|
| Medical am | 0831 | DAY | [init] |
| Medical am | | | |
| Medical pm | 1406 | DAY | |
| Medical pm | 2030 | NIGHT | |
| Education | | | |
| Religious | | | |
| Men Hlth am | | | |
| Men Hlth pm | | | |
| Probation | | | |
| Probation | | | |
| Other | | | |

COMMENTS (print): 0640 REC YARD CLOSED FOR SHAKEDOWN — [redacted]
0726 hrs — ofc Junior of House F [redacted] — returned @ 0745 hrs
0113 hrs — ofc Shauna of Estella Escort S/o
1007 hrs — ofc Schwenn & Houser B Escorted [redacted]
1059 hrs — S/L Abbey, ofc Roberts v Estrella [redacted]
1428 hrs — ofc Schrock & House D [redacted]
1443 hrs — ofc Schwenn & House B in LTU
Prisoner [redacted] Remains Max Custody

EXHIBIT C
PAGE 1 OF 6

# SEGREGATION LOG

**Institution:** SCCC
**Compliance Officer (print):** Sgt Plaine / Sgt [illegible]

| SPECIAL ITEMS and MEDS GIVEN | BY: init | CELL # | LAW LIBRARY In/Out | PHONE REQ Y/N / comp time | VISIT REQ Y/N / comp time | TIME C/L EXCHANGE | Spec Diet type | TIME OF MEALS B/L/D | EXERCISE Type Out/In | SHOWER Y/N | NEXT REVIEW DATE | SCHEDULED RELEASE D/T | RELEASE AUTH | DATE/TIME OF RELEASE | MOVED TO: | ESCORTING OFFICER: (Print Name) | init |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Razor | | A1 | | | | C/L | | T | T | | 10-22-4 | | AS | | | | |
| | | A2 | | Y / 4/13 | | C/L | | | | Y | 10-2-4 | | AS | | | | |
| Clippers | | A3 | | | | C/L | | | | Y | 11-1-4 | | class | | | | |
| | | A5 | | | | C/L | | | | Y | 10-22-4 | | AS | | | | |
| Phone | | A6 | | Y 1721/1751 | | C/L | | | | | R 12-0-4 | | class | | | | |
| | | A7 | | | | C/L | | | | | R 1-14-5 | | class | | | | |
| | | A8 | | | | C/L | | | | | R 10-27-4 | | AS | | | | |
| Phone | | A9 | | | | C/L | | 0743 | 1516 | Y | 10-15-4 | | AS | | | | |
| | | A10 | | | | C/L | | | | | R 3-1-5 | | class | D 10-3-4 T 1235 | D10 | Houser | |
| | | A11 | | | | C/L | | | | | R 10-27-4 | | AS | D 10-3-4 T 1045 | D16 | McCauley | |
| Phone | | A12 | | | | C/L | | | | | R 10-24-4 | | AS | | | | |
| | | A13 | | | | C/L | | | | | R 10-27-4 | | AS | | | | |
| | | A14 | | | | C/L | | | | | R 10-6-4 | | AS | | | | |
| House Razor | | A15 | | | | C/L | | | | | R 10-6-4 | | AS | | | | |
| | | A16 | | | | C/L | | | | | R 10-1-4 | | class | | | | |
| | | B1 | | | | C/L | | T | T | | R 2-1-4 | D 7-6-5 T 0730 | class Disc | D 10-3-4 T 1235 | C1 | Houser McCauley | |
| | | B2 | | | | C/L | | | | Y | 3-9-5 | D 2-17-5 T 0730 | class Disc | | | | |
| | | B3 | | | | C/L | | | | | R 12-9-4 | D 4-22-6 T 0730 | class Disc | | | | |
| | | B4 | | | | C/L | | | | Y | 3-2-5 | D 11-29-5 T 0830 | class Disc | | | | |
| | | B5 | | | | C/L | | | | | R 11-1-4 | D 10-21-4 T 0730 | class Disc | | | | |
| | | B6 | | | | C/L | | | | | R 10-22-4 | | AS | | | | |
| | | B7 | | | | C/L | | | | Y | 3-9-5 | D 7-4-6 T 0730 | class Disc | | | | |
| | | B8 | | | | C/L | | | | Y | 10-9-4 | D 11-11-4 T 0730 | class Disc | | | | |
| Cleaning supplies | | B9 | | | | C/L | | | | | R | D 11-10-4 T 0730 | Disc | | | | |
| | | B10 | | | | C/L | | 0448 | 1520 | Y | | D 11-8-4 T 0730 | Disc | | | | |
| | | B11 | | | | C/L | | | | | R | D 0-10-4 T 0830 | Disc | | | | |
| Clippers | | B12 | | | | C/L | | | | Y | | D 12-10-4 T 0830 | Disc | | | | |
| | | B13 | | | | C/L | | | | | R | D 0-5-4 T 0730 | Disc | | | | |
| | | B14 | | | | C/L | | | | Y | | D 10-9-4 T 0730 | Disc | | | | |
| | | B15 | | | | C/L | | | | Y | | D 10-2-4 T 0730 | Disc | | A-4 | Houser, A. | |
| | | B16 | | | | C/L | | | | | R 1-7-5 | D 1-21-5 T 0730 | class Disc | | | | |
| | | C1 | | | | C/L | | T | T | | R 2-17-5 | D 5-11-6 T 0730 | class Disc | D 12-3-4 T 1235 | C8 | Houser | |
| | | C2 | | | | C/L | | | | | R 4-1-5 | D 3-23-5 T 0530 | class Disc | D 10-3-4 T 1530 | B15 | Houser | |
| | | C3 | | | | C/L | | | | Y | 4-22-5 | | class | | | | |
| | | C4 | | | | C/L | | | | | R 2-1-5 | | class | | | | |
| | | C5 | | | | C/L | | | | | R | D 11-26-4 T 0830 | Disc | | | | |

**COMMENTS (print):** Security Checks 0001/0030/0100/0130/0200/0230/0300/0330/0400/0430/0500/0530/0600/0630/0700/0730/0800/0830/0900/0930/1000 /1030/1100/1130/1200/1230/1300/1330/1400/1430/1500/1530/1600/1630/1700/1730/

### UNIT OFFICERS

| NAME (print) | TIME | NAME (print) | TIME |
|---|---|---|---|
| Ohm | 0021 / 0017 | Dixon | 1545 / 2400 |
| Franklin | 0217 / 0600 | | |
| Stringer | 0650 / [illegible] | | |
| Ritala | 1156 / [illegible] | | |

### SUPERVISORS

| INITIAL | TIME |
|---|---|
| am SS | |
| pm SS | 0230 |
| Asst SUPT | |
| SUPT | |

EXHIBIT C
PAGE 2 OF 6

| CELL # | PRISONER (Print Full Name) | DATE/TIME PLACED | PLACED BY: OFFICER (Name & Initials) | AS or PS | TYPE or DAYS | ALERTS TO BEHAVIOR/CONDITION | RESTRICTED ACTIVITIES (Ad Seg Only) | SPECIAL ITEMS and MEDS GIVEN | BY: Init | CELL # | LAW LIBRARY In | LAW LIBRARY Out |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C6 | [redacted] | D 09-22-4 / T 0730 | Disc | PS | 15 | | | | | C6 | | |
| C8 | [redacted] | D 9-9-4 / T 0730 | Disc | PS | 75 | 2 NFBL | | | | C8 | | |
| C9 | [redacted] | D 5-24-4 / T 0730 | Disc/Class | MX | 365+ | NR, NT, RR, NG, No Scribe Labor, No Mattress/Pillow, 22 Hr Shower w/ Supervision | | | | C9 | | |
| C10 | [redacted] | D 12-1-4 / T 0730 | Class/Disc | MX | 60 | | | | | C10 | | |
| C11 | [redacted] | D 10-4-4 / T 0730 | Disc | PS | 45 | | | | | C11 | | |
| C12 | [redacted] | D 10-7-4 / T 0730 | Disc | PS | 30 | | | | | C12 | | |
| C13 | [redacted] | D 09-11-4 / T 0730 | Disc | PS | 70 | | | | | C13 | | |
| C14 | [redacted] | D 09-14-4 / T 0730 | Disc | PS | 40 | | | | | C14 | | |
| C15 | [redacted] | D 04-12-3 / T 0830 | Disc | PS | 30+ | | | | | C15 | | |
| C16 | [redacted] | D 5-13-4 / T 0700 | Disc | PS | 55 | | | Scens-up | | C16 | | |
| D2 | [redacted] | D 2-23-3 / T 0730 | Class | MX | | | | Phone | | D2 | | |
| D3 | [redacted] | D 7-16-4 / T 0730 | Class | MX | | | | | | D3 | | |
| D4 | [redacted] | D 9-4-3 / T 0730 | Class | MX | | LCO | | | | D4 | 0725 | 0845 |
| D5 | Henson, Charles | D 01-7-4 / T 0830 | Class | MX | | | | | | D5 | | |
| D6 | [redacted] | D 04-25-4 / T 0730 | Siller | AS | 8 | | | | | D6 | | |
| D7 | [redacted] | D 09-17-4 / T 0730 | Class | MX | | | | | | D7 | | |
| D9 | [redacted] | D 09-24-4 / T 0730 | Lapinskas | AS | 8 | | | Phone | | D9 | | |
| D10 | [redacted] | D 2-25-4 / T 0730 | Thompson | AS | 4 | | | | | D10 | | |
| D11 | [redacted] | D 9-3-4 / T 0730 | Siller | AS | 8 | | | Phone, Razor | | D11 | | |
| D12 | [redacted] | D 09-24-4 / T 0730 | Dillon | AS | 8 | | | Razor | | D12 | | |
| D13 | [redacted] | D 09-15-4 / T 0730 | Lapinskas | AS | 8 | | | | | D13 | | |
| D14 | [redacted] | D 9-22-4 / T 0730 | Siller | AS | 8 | Declined Branch | | Razor, Clippers | | D14 | | |
| D15 | [redacted] | D 9-12-4 / T 0730 | Dillon | AS | 8 | | | | | D15 | | |
| A4 | [redacted] | D 9-24-4 / T 0830 | Massey | AS | 5 | | | | | A4 | | |
| C7 | [redacted] | D 5-31-4 / T 0830 | Disc/Class | MX/PS | 365+ | | | | | C7 | | |
| D8 | [redacted] | D 9-22-4 / T 0550 | Class | MX | | | | Clean Sup | | D8 | | |
| C3 | [redacted] | D 9-15-4 / T 0830 | Disc | PS | 75 | | | | | C3 | | |
| C9 | [redacted] | D 10-3-4 / T 11:43 | Disc | PS | | | | | | C9 | | |
| A10 | [redacted] | D 10-3-4 / T 1441 | Massey | AS | 8 | | | | | A10 | | |
| B1 | Nason, Mack | D 1-20-4 / T 0730 | Class/Disc | MX/PS | 365+ | | | | | B1 | | |
| C8 | Hendrix, Donald | D 9-21-4 / T 0730 | Class/Disc | MX/PS | 365+ | | | | | C8 | | |
| D16 | [redacted] | D 1-5-4 / T 0830 | Galvano | AS | 8 | | | | | D16 | | |
| D10 | [redacted] | D 7-21-4 / T 0730 | Class | MIN | | | | | | D10 | | |
| B15 | Cocello, Gregory | D 7-30-4 / T 0830 | Class/Disc | MX/PS | 90 | | | | | B15 | | |

| VISITORS | Time | Name (print) | Init |
|---|---|---|---|
| Medical am | | | |
| Medical am | | | |
| Medical pm | | | |
| Medical pm | | | |
| Education | | | |
| Religious | | | |
| Ten 11th am | | | |
| Ten 11th pm | | | |
| Probation | | | |
| Probation | | | |
| Other | | | |

COMMENTS (print):

EXHIBIT C — PAGE 3 OF 6

**Institution:** SCCC

**SEGREGATION LOG** — Sgt Quinn / Sgt Bomin, COMPLIANCE OFFICER (print)

Page 116

| CELL # | LAW LIBRARY In | LAW LIBRARY Out | PHONE REQ Y/N | PHONE comp time | VISIT REQ Y/N | VISIT comp time | TIME C/L EXCHANGE | Spec Diet type | TIME OF MEALS B | L | D | EXERCISE Type | EXERCISE Out/In | SHOWER Y | SHOWER N | NEXT REVIEW DATE | SCHEDULED RELEASE D/T | RELEASE AUTH | DATE/TIME OF RELEASE | MOVED TO | ESCORTING OFFICER (Print Name) | Inits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C6 | | | | | | | | | | | 1525 | | | | | R | D 11-27-4 T 0730 | Disc | | | | |
| C7 | | | | | | | | | | | | | | | | R | D 11-20-4 T 0710 | Disc | | | | |
| C9 | | | | | | | | | | | | R | 0645 | | | A1-4 | D 12-13-4 T 0730 | class/Disc | | | | |
| C10 | | | | | | | | | | | | | | | | R 7-1-5 | D 11-1-04 T 0730 | Am/Disc | | | | |
| C11 | | | | | | | | | | | | | | | | R | D 11-16-4 T 0530 | Disc | | | | |
| C12 | | | | | | | | | | | | | | | | R | D 12-31-4 T 0710 | Disc | | | | |
| C13 | | | | | | | | | | | | 0700 in | | Y | | | D 12-22-4 T 0732 | Disc | | | | |
| C14 | | | | | | | | | | | | | | | | R | D 10-14-4 T 0730 | Disc | | | | |
| C15 | | | | | | | | | | | | | | | | R | D 5-2-5 T 0730 | Disc | | | | |
| C16 | | | | | | | | | | | | | | | | R | D 10-25-4 T 0130 | Disc | | | | |
| D2 | | | | | | | | | | T | T | | | Y | | | 10-1-4 | class | | | | |
| D3 | | | | | | | | | | | | | | | | R | 1-1-5 | class | | | | |
| D4 | 0725 | 0845 | | | | | | | | | | | | Y | | | 11-1-4 | class | | | | |
| D5 | | | | | | | | | | | | | | Y | | | 10-1-4 | class | | | | |
| D6 | | | | | | | | | | | | | | | | R | 10-4-4 | AS | | | | |
| D7 | | | | | 30 | | | | | | | | | | | R | 1-8-5 | class | | | | |
| D9 | | | | | | | | 1575 | | | | | | | | R | 10-25-4 | AS | | | | |
| D10 | | | | | | | 0740 | | | | | | | | | R | 10-22-4 | AS | | | Transport Ans | House, B | KBS |
| D11 | | | | | | | | | | | | | | | | | 10-15-4 | AS | | | | |
| D12 | | | | | | | | | | | | | | | | | 10-22-4 | AS | | | | |
| D13 | | | | | | | | | | | | | | Y | | | 10-30-4 | AS | | | | |
| D14 | | | | | | | | | | | | | | Y | | | 10-24-4 | AS | | | | |
| D15 | | | | | | | L | | | | | | | Y | | | 10-22-4 | AS | | | Transport Ans | Schwenk | |
| A4 | | | | | | | | | | | | | | | | | | | | | | |
| C7 | | | | | | | | | | | | | | | | | | | | | | |
| D8 | | | | | | | | | | | | | | | | | | | | | | |
| C3 | | | | | | | | | | | | | | | | | | | | | | |
| C9 | | | | | | | | | | | | | | | | | | | | | | |
| A10 | | | | | | | | | | | | | | | | | | | | | | |
| C1 | | | | | | | | | | | | | | | | | | | | | | |
| C8 | | | | | | | | | | | | | | | | | | | | | | |
| D16 | | | | | | | | | | | | | | | | | | | | | | |
| D10 | | | | | | | | | | | | | | | | | | | | | | |
| B5 | | | | | | | | | | | | | | | | | | | | | | |

**COMMENTS (print):** Brunch Pancakes, syrup, 108°   Turkey ham 108°   Dinner Chicken Chow Mein 114°   Rice 144°

**UNIT OFFICERS** — NAME (print) / TIME / NAME (print) / TIME

**SUPERVISORS** — INITIAL / TIME — AM SS / PM SS — 0230 — Asst SUPT / SUPT

EXHIBIT C   PAGE 4 OF 6

# SEGREGATION LOG

117  DATE: 10-4-04  DAY SS: MASSEY (print)

| # | PRISONER (Print Full Name) | DATE/TIME PLACED | PLACED BY: OFFICER (Name & Initials) | AS or PS | TYPE or DAYS | ALERTS TO BEHAVIOR/CONDITION | RESTRICTED ACTIVITIES (Ad Seg Only) |
|---|---|---|---|---|---|---|---|
| 1 | [redacted] | D 5-21-4 T 830 | THOMPSON | AS | 8 | | |
| 2 | [redacted] | D 9-8-4 T 0830 | THOMPSON | AS | 8 | | |
| 3 | [redacted] | D 7-12-4 T 1830 | CLASS | MX | / | | |
| 4 | [redacted] | D 6-24-4 T 0830 | MASSEY | AS | 5 | | |
| 5 | [redacted] | D 9-19-4 T 0830 | DILLON | AB | 8 | DEAF, MUTE | |
| 6 | [redacted] | D 1-3-4 T 830 | CLASS | MX | / | | |
| 7 | [redacted] | D 6-12-4 T 0830 | CLASS | MX | / | | |
| 8 | [redacted] | D 5-22-4 T 0830 | THOMPSON | AS | 8 | | |
| 9 | [redacted] | D 8-16-4 T 0830 | LAPINSKAS | AS | 8 | | |
| 10 | [redacted] | D 10-3-4 T 1241 | MASSEY | AS | 9 | | |
| 12 | [redacted] | D 9-24-4 T 0830 | DILLON | AS | 8 | | |
| 13 | [redacted] | D 9-24-4 T 0830 | SELLER | AS | 8 | | |
| 14 | [redacted] | D 10-2-4 T 0830 | MASSEY | AS | 8 | | |
| B15 | [redacted] | D ??-4 T 0830 | THOMPSON | AS | 8 | | |
| B16 | [redacted] | D 8-24-4 T 083 | CLASS | MX | / | | CLEAN. SUP |
| B2 | [redacted] | D 4-16-4 T 0830 | CLASS/OISC | MX/PS | 365+ | | |
| B3 | [redacted] | D 11-17-3 T 0850 | CLASS/OISC | MX/PS | 365+ | NO TYPEWRITER | |
| B4 | [redacted] | D 3-31-3 T 0830 | CLASS/OISC | MX/PS | 365+ | LCO & APS ONLY | CLEAN. SUP. + |
| B5 | [redacted] | D 9-24-4 T 0830 | CLASS. OISC | MX/PS | 30 | 2 MPR IN COL W/ NOLA | |
| B6 | [redacted] | D 9-11-04 T 0830 | CLASS OISC | AS | 8 | 2 MPR A SH | |
| B7 | [redacted] | D 8-18-4 T 0830 | CLASS. DISC | MX/PS | 365+ 2MPR & SANE W/ ST LENN | | |
| B8 | [redacted] | D 10-1-04 T 0830 | CLASS OISC | MX/PS | 365 | 2MPR & | RAZOR |
| B9 | [redacted] | D 10-1-4 T 1830 | OISC | PS | 60 | | |
| B10 | [redacted] | D 9-21-4 T 0830 | DISC | PS | 90 | | |
| B11 | [redacted] | D 8-31-4 T 0830 | DISC | PS | 40 | | |
| B12 | [redacted] | D 7-12-4 T 0830 | DISC | PS | 90 | | |
| B13 | [redacted] | D 7-1-4 T 0830 | DISC | PS | 15 | | RAZOR |
| B14 | [redacted] | D 7-28-4 T 0830 | DISC | PS | 120 | | RAZOR |
| B15 | COLELLO, GREGORY | D 8-?-4 T 0830 | CLASS. OISC | MX/PS | 90 | | RAZOR |
| B16 | [redacted] | D 8-?-4 T 0830 | CLASS. OISC | MX/PS | 90 | | |
| C2 | NASON, MARK | D 8-21-4 T 0830 | CLASS. OISC | MX/PS | 365+ 2MPR | | |
| C3 | [redacted] | D 9-15-4 T 0830 | DISC | PS | 75 | 2MPR | |
| C4 | [redacted] | D 8-?-4 T 0830 | CLASS | MX | / | 2MPR & SH | T CLINDER RAZOR |
| C5 | [redacted] | D 8-?-4 T 0830 | CLASS | PS | 30 | 2MPR & SH | |
| C6 | [redacted] | D 9-22-4 T 0830 | DISC | PS | 15 | | RAZOR |
| C7 | [redacted] | D 5-21-4 T 0830 | DISC. CLASS | MX/PS | 365+ NC, NT, RB, NL, NLST, ATHENS, NO (MIT/C/CELON 72 HR SHOWER W/ SUPERVISION) | | |

| VISITORS | Time | Name (print) | Init |
|---|---|---|---|
| Medical am | 0707 | GERALDINE | AW |
| Medical am | | | |
| Medical pm | 1351 | CORRIGAN | LMM |
| Medical pm | 2135 | CURRY | ?? |
| Education | | | |
| Religious | | | |
| Men Hlth am | | | |
| Men Hlth pm | | | |
| Probation | 0910 | DANZLE | AW |

COMMENTS (print):
1700 [redacted]
0720 [redacted]
0834 [redacted] SGT ELDE 2 OF [redacted] TO I6 FOR [redacted]
2017 OIC Pyle & Bidka In [redacted]
1776 [redacted]



EXHIBIT C
PAGE 5 OF 6

THOM / NIGHT SS | SCCC INSTITUTION | SEGREGATION LOG | QUIRING/BRUNING COMPLIANCE OFFICER (print) | /17 Inits / :111 Time

| CELL # | LAW LIBRARY In | LAW LIBRARY Out | PHONE REQ Y/N | PHONE REQ comp time | VISIT REQ Y/N | VISIT REQ comp time | TIME C/L EXCHANGE | Spec Diet type | TIME OF MEALS B | TIME OF MEALS L | TIME OF MEALS D | EXERCISE Type | EXERCISE Out/In | SHOWER Y/N | NEXT REVIEW DATE | SCHEDULED RELEASE D/T | RELEASE AUTH | DATE/TIME OF RELEASE | MOVED TO: | ESCORTING OFFICER (Print Name) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | | | | | | | C L | | — | T | T | O | 1240/1340 | | 10-22-4 | D—T— | AS | D—T— | | |
| A2 | | | Y | 12x | | | C L | | | | | R | 0600 | R | 10-7-4 | D—T— | AS | D—T— | | |
| A3 | | | Y/Y | 1430/1036 | | | C L | | | | | | 0623/1030 | Y | 11-1-4 | D—T— | CLASS | D—T— | | |
| A4 (RA3) | | | | | | | C L | | | | | | 1140/1240 | Y | ? | D—T— | GYM PB | D—T— | All | OFC Powel |
| A5 | | | | | | | C L | | | | | R | 0600 | Y | 11-04 | D—T— | AS | D—T— | | |
| A6 (Y420) | | | Y | 1127 P | | | C L | | | | | | 1350/1450 | Y | 11-04 | D—T— | CLASS | D—T— | | |
| A7 | | | | | | | C L | | | | | R | 0600 | R | 11-4-05 | D—T— | CLASS | D—T— | | |
| A8 | | | | | | | C O L | | 0822 | 1100 | 1655 | | 1615/1715 | R | 10-20-4 | D—T— | AS | D—T— | | |
| A9 | | | Y | 2020 | | | C L | | | | | R | 0600 | R | 10-15-4 | D—T— | AS | D—T— | | |
| A10 | | | Y | 1125/1717 | | | C L | | | | | R | 0600 | Y | 10-6-4 | D—T— | AS | D—T— | | |
| A12 | 1725 | 1815 | Y | | | | C L | | | | | R | 1200 A/300 | Y | 10-14-4 | D—T— | AS | D—T— | | |
| A13 (RA3) | | | | | | | C L | | | | | R | 0800 | Y | 10-7-04 | D—T— | AS | D—T— | | |
| A14 (RA3) | | | | | | | C L | | | | | R | 0800 | R | 10-10-1 | D—T— | AS | D—T— | | |
| A15 (RA3) | | | Y | MN x | | | C L | | | | | R | 0600 | Y | 10-6-4 | D—T— | AS | D—T— | | |
| A16 | | | | | | | C L | | — | — | — | | 0658/0758 | Y | 10-10-4 | D—T— | CLASS | D—T— | | |
| B2 | | | | | | | C L | | — | — | — | | 0600 | R | 3-4-05 | D 7-4-04 T 0630 | DSC CLASS | D—T— | | |
| B3 | | | | | | | C L | | | | | | 1720/1820 | Y | 12-9-04 | D 0-22-04 T 6830 | DSC CLASS | D—T— | | |
| B4 | | | | | | | C L | | | | | R | 1615/1715 | R | 3-30-05 | D 11-20-04 T 0630 | DSC CLASS | D—T— | | |
| B5 | | | | | | | C L | | | | | R | 0600 | R | 11-1-4 | D 10-20-04 T 0630 | DSC CLASS | D—T— | | |
| B6 | | | | | | | C L | | | | | R | 0600 | R | 10-20-04 | D—T— | AS | D—T— | | |
| B7 | | | | | | | C L | | | | | R | 0600 | R | 3-4-5 | D 7-4-04 T 0630 | DSC CLASS | D—T— | | |
| B8 | | | | | | | C L | | 0655 | 1115 | 1547 | | 0658/0758 | Y | 10-04 | D 11-30-04 T 0630 | DSC CLASS | D—T— | | |
| B9 | | | | | | | C L | | | | | R | 0600 | Y | | D 11-30-4 T 0630 | DSC | D—T— | | |
| B10 | | | | | | | C L | | | | | | 1615/1715 | Y | | D 11-24-04 T 0630 | DSC | D—T— | | |
| B11 | | | | | | | C L | | | | | R | 0600 | R | | D 11-20-04 T 0630 | DSC | D—T— | | |
| B12 | | | | | | | C L | | | | | | 0814/0914 | Y | | D 10-30-04 T 0630 | DSC | D—T— | | |
| B13 | | | | | | | C L | | | | | R | 0500 | Y | | D 10-5-4 T 0630 | DSC | D—T— | | |
| B14 | | | | | | | C L | | | | | | 0927/1030 | Y | | D 11-04-04 T 0630 | DSC | D—T— | | |
| B15 | | | | | | | C L | | | | | R | 1610 | Y | 9-15 | D 10-30-04 T 0630 | CLASS | D—T— | | |
| B16 | | | | | | | C L | | | | | R | 0600 | Y | 11-7-05 | D 1-22-05 T 1830 | CLASS | D—T— | | |
| C2 | | | | | | | C L | | — | — | — | | 0600 | R | 8-7-04 | D 2-4-5 T 0630 | CLASS DSC | D—T— | | |
| C3 | | | | | | | C L | | | | | R | 0600 | Y | | D 11-2-04 T 0630 | DSC | D—T— | | |
| C4 | 7317 | | Y | 1430 P | | | C L | | | | | R | 0600 | R | 2-1-5 | D—T— | CLASS | D—T— | | |
| C5 | | | | | | | C L | | | | | | 0655/0751 | Y | | D 11-30-04 T 0630 | DSC | D—T— | | |
| C6 | | | | | | | C L | | | | | | 0924/1030 | Y | | D 10-2-04 T 0630 | DSC | D—T— | | |
| C7 | | | | | | | C L | | | | | R | 0415 | Y | 11-30-04 | D 9-30-04 T 0630 | CLASS DSC | D—T— | | |

COMMENTS (print): BREAKFAST: BISKITS & GRAVY 112°   LUNCH   CHICKEN NUGGETS 116°   DINNER: BEEF? 132°
HASHBROWNS 124°   MACARONI 130°   CARROTS 142°
GRITS 140°   SOUP 120°

| UNIT OFFICERS | | | | SUPERVISORS | |
|---|---|---|---|---|---|
| NAME (print) | TIME | NAME (print) | TIME | INITIAL | TIME |
| DILLON | 1600/1174 | McCOMSEY | 1200/1400 | am SS | |
| MARVEL | 0014/0800 | Franklin | 1200/2400 | pm SS | 0420 |
| ANSER A | 0400/1200 | MARVEL | 0300/1300 | Asst SUPT | |
| BROWNING | 0400/1200 | DILLON | 1300/2300 | SUPT | |

EXHIBIT C
PAGE 6 OF 6