## Incident Report

| Name of prisoner: | OBSCIS # | DOB: | Institution | Date/Time | |
|---|---|---|---|---|---|
| Nason, Mark | 178878 | 11/11/67 | S.C.C.C. | 12/24/03 | 1122 |

Check course of action: (To be determined by the Assistant Superintendent) [✓] Disciplinary   [ ] Informational

| Infraction Citation & Title: | 22 AAC 05.400   (C14) |
|---|---|
| Threat to another of immediate bodily harm | |

Narrative: On 12/24/03 at about 1122 I, COII Blum was serving meals in House 1 Charlie Mod, when prisoner Nason, Mark Obscis # 178878 made a threat against staff memebers. When Ofc. Cox and I went to serve prisoner Nason his lunch meal prisoner Nason stated he would not eat in the cell he was in, C7. Prisoner Nason stated that he would not eat until he was allowed to clean the cell. Prisoner Nason stated that the cell smelled like "piss." I informed prisoner Nason that he would be given the cleaning supplies sometime later but right now was lunch sevice. Prisoner Nason said " Fuck that I am not eating in here with it smelling like this." Ofc. Cox then asked prisoner Nason if he was refusing lunch or not. Prisoner Nason then said "Yes." As I walked away from C7 prisoner Nason stated " If you guys really want to play that way I will start throwing piss and shit on you." This was the end of conversation with prisoner Nason.----------------------------------------------------------------------------------------------------------------------------EOR----------------------------------------------------------------------------------

| Copy of Report to Prisoner: | | | Reporting Staff's Printed Name/Signature/Date | |
|---|---|---|---|---|
| Date: | | Time: | COII Blum _(signature)_ | 12/24/03 |
| Disposition: _Guilty of 8-6 — 10 days PS, Suspended 90 days._ | | | | |
| Chairperson or Resolution Officer: _(signature)_ | | | | |
| Member: | | | Member: | |

On matters referred to the Disciplinary Committee/Hearing Officer as a result of this report see the Written Report relative to this incident.

**Final Copy to Prisoner**

| Date: | | Time: | | Staff Signature: | |
|---|---|---|---|---|---|

✓ ORIGINAL

03-1263

Department of Corrections Form #809.03  Revised: 4/95

EXHIBIT  D
PAGE  1  OF  6

Incident Report

OB# 178878                                                                    02-116

| Name of Prisoner: NASON, Mark | DOB: 11-11-67 | Institution: CIPT | Date: 1-24-02 Time: 1725 hrs. |
| --- | --- | --- | --- |

Circle Course of action: (To be determined by the Assistant Superintendent)    DISCIPLINARY    INFORMATION

Infraction Citation & Title: 22 AAC 05.400(c)(19): refusing to obey a direct order of a staff member.

Narrative:  At approximately 1725 hours; 01/24/02; I (Ofc. Joseph) was the module officer in Delta module. I was on the stairs near the oscar door when I overheard NASON, M. telling inmate MAGUIRE that he put piss in my coffee cup. He stated that he had watched me take 3 or 4 swigs out of it. He said if I piss on his parade, he'll piss on mine. I went to my cup and checked it. It was almost full when it should have been almost empty. NASON was by the phones by then. I went and asked him what he had put in my cup. He denied doing anything. I told him I had heard him talking and asked again what he had put in my cup. He denied doing anything again and started cursing at me. I told him to lock down. He remained seated and asked why. I again told him to lock down. He said, "fuck you, I didn't do anything." Again I told him to lock down. Again he said, "fuck you". I called for rovers and ordered the module to lock down. NASON remained seated until rovers arrived and escorted him out of the module. As soon as he was cuffed up, he again started cursing me until the oscar door closed.          EOR

| Copy of Report to Prisoner | Reporting Staff's Signature & Date |
| --- | --- |
| Date              Time: | Ofc. R. Joseph          1-24-02 |

| Disposition: Inmate NASON removed from module, spent cooling off period in booking.  Forward for further action. |
| --- |
| Sgt. R. Chandler          1-24-02 |

| Chairperson or Resolution Officer: | |
| --- | --- |
| Member: | Member: |

On matters referred to the Disciplinary Committee/Hearing Officer as a result of this report, see the Written Report relative to this incident.

| Final Copy to Prisoner | | |
| --- | --- | --- |
| Date: | Time: | Staff Signature: |

Department of Corrections Form #809.03
Revised 4/95
:jpf



EXHIBIT  D
PAGE  2  OF  6

STATE OF ALASKA                                    DEPARTMENT OF CORRECTIONS
INCIDENT REPORT

| NAME OF PRISONER: | OBSCIS# | DOB | INSTITUTION | MOD/ROOM | DATE 6/15/95 |
| Mark NASON | 178878 | 11/1167 | SCCC | C-12 | TIME 1550 |

MARK COURSE OF ACTION: (To be determined and entered by the Asst. Superintendent)

| | UNIT TEAM        | | DISICIPLINARY        (2) INFORMATION

INFRACTION CITATION & TITLE: _____

NARRATIVE:

   At approximately 1550 hours on 6/15/95, I was working the House I
control room. I/M Nason, OBS# 178878 in cell C-12, had just been given
his bag meal by Ofc. Nicolson. I could hear from the control room, I/M
Nason yelling at Ofc. Nicolson. I turned on the intercom to cellC-12
to mokitor the situation. I/M Nason was yelling complaints about his
bag meal status. When Ofc. Nicolson left the Mod, I/M Nason continued
to express statements about getting everyone when he gets out of jail.
Then I/M Nason stated "next time they crack the door, I'll throw shit
and piss in their face. In the mouth."
   I advised the floor staff and Sgt. Galvano of this threat. E.O.R.

                                          Page _1_ of _1_
                              John Atwell C.O.II

| UMT DISPOSITION: | John Atwell (signature) |
| | Reporting Staff's Signature/Typed Name |
| | Date 6/15/95 |
| | Resolution Ofc. Signature/Printed Name |

On matters referred to the Disciplinary Committee as a result of this report, see the
Written Report of Disciplinary Decision relative to this incident.

COPY TO PRISONER_____ DATE_____ TIME _____ STAFF SIGNATURE_____
5-0618
Form 20-809.03   Rev. 4/91                              ORIGINAL

STATE OF ALASKA

DEPARTMENT OF CORRECTIONS

INCIDENT REPORT

| NAME OF PRISONER: | OBSCIS# | DOB | INSTITUTION | MOD/ROOM | DATE 6-14-95 |
|---|---|---|---|---|---|
| Nason, Mark | 178878 | 11/11/67 | SCCC | C-12B | TIME 1417 Hrs |

MARK COURSE OF ACTION: (To be determined and entered by the Asst. Superintendent)

|_| UNIT TEAM          |_| DISICIPLINARY          (✓) INFORMATION

INFRACTION CITATION & TITLE: _____

NARRATIVE:

At approximately 1417 hours on 06-14-95, under my direction, Officers Fo, Conlin and Massey did a shake down of Prisoners Nason's cell, C-12. A styrofoam cup full of urine and covered with a lid was found in his cell. All three officers and myself can attest to the liquid as being urine. Prisoner Nason has received write-ups in the past for assaulting or attempting to assault officers in another institution with body fluid. The urine was disposed and inmate notified of this write-up.

                    E.O.R.

                                        Page ___/ of ___/

UMT DISPOSITION:                    _____ Sal Galvano
                                    Reporting Staff's Signature/Typed Name
                                    Date_____

                                    Resolution Ofc. Signature/Printed Name

On matters referred to the Disciplinary Committee as a result of this report, see the Written Report of Disciplinary Decision relative to this incident.

COPY TO PRISONER_____ DATE_____ TIME _____ STAFF SIGNATURE_____

ORIGINAL

orm 20-809.03    Rev. 4/91
O618

EXHIBIT D
PAGE 4 OF 6

DEPARTMENT OF CORRECTIONS

ADMINISTRATIVE SEGREGATION CLASSIFICATION FORM

Institution ___SCCC___     (2) Staff ___Margo Mandel___     (3) Date ___4/24/95___

Prisoner's Name ___Nason___  (First) ___Mark___  (M.I.) ___     (5) DOB ___11-11-67___
              (Last)

Central Monitoring    Yes __✓__   No _____    (7) OBSCIS Number ___178878___

Indicate by "X" whether this is: Admission to AD Seg __✓__ or 30 Day AD Seg Review ____

Sentenced   Yes __✓__  No ____     PRD __8-9-98__     I.C. ____

Charges __AssltT III, MIW II, MIW II, DUI, Reckless Endangerment__
                                                    Prob Rev.
Current Custody __MED-MAX__          Security __MED-MAX__    (Theft II x4,
                                                              Burg II)

DATE/TIME PLACED IN AD SEG __4/19/95__     REASON FOR AD SEG # __9__

COMMITTEE'S RECOMMENDATION:

        1.    Return to General Population.
__X__   2.    Remain in Admin Segregation.    Date of Next Review __5/24/95__

REASON(S) FOR RECOMMENDATION TO REMAIN IN ADMINISTRATIVE SEGREGATION:

____  1.   Has not been classified since initial admission to the facility, or has
           not yet had a physical examination under 22 AAC 05.120(b).
____  2.   Is incapacitated;
____  3.   Is suffering or suspected of suffering from a communicable disease;
____  4.   Medical/Health Recommendation;
____  5.   Is detained on a non-criminal hold;
____  6.   Requests in writing to be placed in segregation, and there exists a valid
           reason;
____  7.   Requires protective custody;
____  8.   Is being held as a material witness;
__X__ 9.   Presents a substantial and immediate threat to the security of the
           facility;
____  10.  Presents a substantial and immediate threat to the public, and no less
           restrictive alternative is likely to address the problem.

COMMITTEE'S FINDINGS WHICH JUSTIFY THE ABOVE RECOMMENDED ACTION: __Inmates recent__
__behavior of threatening staff, throwing feces &__
__urine & cursing was noted. Committee recommends__
__inmate's behavior be observed to determine level__
__of threat to SCCC staff__

INMATE'S STATEMENT: __inmate left hearing during review__
__of his disciplinary history for committee information__
__Hearing Advisor Brockman stated inmate was__
__requesting G.P.__

RECOMMENDATIONS REGARDING ACCESS TO PROGRAMS:

Y   N                      JUSTIFICATION FOR RESTRICTIONS: __not considered__
____  Communal Meals
____  Gym
____  Outside Rec
____  Law Library
____  Visitation
____  Phone
____  Program (which)
____  Other

Signatures:

__Kristin Ceasor__          __W.S. Ehlers__          __Margo Mandel__ P.O.I
Chair Person/Hearing Officer   Member              Member
    __X Carter__              EHLERS

Approved __✓__    Disapproved ____    __R. Shaw act/Supt__  __4/25/95__
                                    Superintendent's Signature    Date

Comments: _____

                        COPY RECEIVED
__X Mark Nason__
PRISONER SIGNATURE                                    DATE

        (Staff initial and date if prisoner unable or unwilling to sign receipt.)

EXHIBIT D
PAGE 5 OF 6

ORIGINAL

# MEMORANDUM                              State of Alaska

TO:     Inmate _NASON, MARK_                DATE: _4/19/95_
        Obscis # _178878_
        SCCC                              FILE NO:

                                          TELEPHONE NO: 224-8200
THRU:   _EARL SHAW_
        Assistant Superintendent          SUBJECT:  Spring Creek
        SCCC                                        Correctional Center

                                                    INDIVIDUAL DETERMINATION
                                                         RESTRICTION(S)
FROM:   _S Galvan_
        Unit Manager
        SCCC

The restriction(s) initialed below are imposed:

| Initials | | Date tendered/Initials | Initials | | Date tendered/Initials |
|---|---|---|---|---|---|
| SG | Separatee Status | | SG | Out of Cell Restraints | |
| SG | Recreate Alone | | SG | Two (2) Officer Coverage | |
| | Lower Tier Housing | | | Secure Visitation | |
| SG | In-cell Meals Only | | | No group Program Activities | |
| | In-cell Legal Access Only | | | Handcuff Retainer | |
| | Legal/Ombudsman Calls Only | | SG | NO CONTAINERS | |
| | "List A" Commissary Only | | | | |
| | Individual Religious | | | | |
| | Activities Only | | | | |

The reason(s) for each restriction(s) are:

_I/M USED CONTAINER TO SPRAY URINE_
_ON STAFF_

Supporting documents are on file in inmate's records.
These restrictions will be reviewed at intervals not to exceed thirty (30) days.
Superintendent:  Approve _DR_   Disapprove _____

Comments: _____
Restrictions lifted on _____ by _____
Reason: _____

cc:  Ass't Superintendent of Operations, Admin. File & Computer Entry (1 Copy Each), SCCC
     House Unit Manager and Control (1 copy each), SCCC
     Operations & Compliance (1 Copy Each), SCCC
     Inmate (Copy), Inmate Records (Original), SCCC

EXHIBIT _D_
PAGE _6_ OF _6_

Form #77.804.01A - Rev 8/93

02-001A (Rev. 6/89)
20/11/MEMO1.PM3