OFFENDER PHYSICAL LOCATION HISTORY

Date/Time: 02/23/2006 16:51

Offender Name: BRIGHT, JOHN IAN

Prison #: 97731

| Start Date/Time | End Date/Time | Location | Entered By |
|---|---|---|---|
| 01/09/2006 10:02 | 01/09/2006 10:02 | SPC B04 B | jamarvel |
| 01/07/2006 08:10 | 01/09/2006 10:02 | SPC C08 B | jamarvel |
| 01/06/2006 23:16 | 01/07/2006 08:10 | SPC B04 B | kmfriel |
| 01/06/2006 23:14 | 01/06/2006 23:16 | SPC D16 B | kmfriel |
| 01/06/2006 21:34 | 01/06/2006 23:14 | SPC D16 B | kmfriel |
| 01/03/2006 12:43 | 01/06/2006 21:34 | SPC C15 B | mabenoit |
| 12/26/2005 19:09 | 01/03/2006 12:43 | SPC D16 B | jamarvel |
| 12/14/2005 16:36 | 12/26/2005 19:09 | SPC C15 B | jamarvel |
| 12/14/2005 14:49 | 12/14/2005 16:36 | SPC D09 B | jamarvel |
| 11/12/2005 20:49 | 12/14/2005 14:49 | SPC A09 B | aaritala |
| 11/11/2005 06:26 | 11/12/2005 20:49 | SPC L32 B | dlohara |
| 11/01/2005 12:27 | 11/11/2005 06:26 | SPC A09 B | kmfriel |
| 11/01/2005 08:19 | 11/01/2005 12:27 | TRN T10 1 | jdconant |
| 10/20/2005 22:36 | 11/01/2005 08:19 | CIP B07 B | sepasa |
| 05/17/2005 23:23 | 10/20/2005 22:36 | CIP B06 B | kmnelson |
| 12/15/2004 23:51 | 05/17/2005 23:23 | CIP B11 B | bcrowe |
| 11/20/2004 23:30 | 12/15/2004 23:51 | CIP B07 B | sepasa |
| 09/19/2004 21:22 | 11/20/2004 23:30 | CIP B12 B | deschani |
| 08/31/2004 13:48 | 09/19/2004 21:22 | CIP B04 T | rdknotts |
| 06/26/2004 13:19 | 08/31/2004 13:48 | SPC A08 B | cdfrankl |
| 06/21/2004 10:15 | 06/26/2004 13:19 | SPC B02 B | cdfrankl |
| 04/21/2004 19:29 | 06/21/2004 10:15 | SPC D06 B | bllockeb |

EXHIBIT E
PAGE 1 OF 1