Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Craig Turnbull, et al., | ) |
| | ) |
| Defendants. | ) |
| ———————————————————— | ) Case No. A04-169 CV (TMB) |

**AFFIDAVIT OF MARY SANDY**

S TATE OF ALASKA            )
                            )    ss.
THIRD JUDICIAL DISTRICT     )

      I, Mary Sandy, after being duly sworn and based upon my personal

knowledge state that:

      1. I am an employee of the State of Alaska, Department of

Corrections. I work at Spring Creek Correctional Center "SCCC" as a Criminal

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

Justice Tech II. I have several duties. I work with the probation department. I am a certified time accountant and do all the time accounting for this institution. I am the liaison between SCCC and the Department of Law. I coordinate the transfer of inmates to Arizona. I am the Terminal Security Officer for APSIN. I have also been the acting Records Clerk for the past year.

2.    Attached as Exhibit C is a true and correct copy of the segregation log dated October 3, 2004 and October 3, 2004 for Spring Creek Correctional Center. This log shows that inmate Nason refused a shower on October 3 and October 4, 2004. I also checked the segregation logs for a few days after those dates, and saw where Nason refused showers on those dates as well. The names of inmates other than Nason, Hendrix and Colello have been redacted. Nason was a maximum custody inmate in October, 2004.

3.    Attached as Exhibit D are true and correct copies of documents from inmate Nason's institutional file. These documents include informational reports, incident reports, an administrative segregation classification forms, and an individual determination restriction form.

4.    Attached as Exhibit E is a true and correct copy of the Offender Physical Location History for inmate John Bright showing that he was housed at Cook Inlet Pretrial Center in Anchorage from August 31, 2004, to November 1, 2005.

Further this affiant sayeth naught.

Affidavit of Mary Sandy
*Nason v. Turnbull et al.,* Case A04-169 CV (JKS)
Page 2 of 3.

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

Mary Sandy

SUBSCRIBED AND SWORN TO before me this 10 th day of March, 2006, at Seward, Alaska.

Notary Public in and for State of Alaska
My Commission Expires: With Office

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

Affidavit of Mary Sandy
*Nason v. Turnbull et al.*, Case A04-169 CV (JKS)
Page 3 of 3.