Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Mark Daniel Nason,                )
                                  )
            Plaintiff,            )
                                  )
      vs.                         )
                                  )
Craig Turnbull, et al.,           )
                                  )
            Defendants.           )
_____)    Case No. A04-169 CV (TMB)

**SECOND AFFIDAVIT OF SUPERINTENDENT CRAIG TURNBULL**

S TATE OF ALASKA              )
                              )   ss.
THIRD JUDICIAL DISTRICT       )

            I, Craig Turnbull, after being duly sworn and based upon my

Personal knowledge state that:

            1.      I am an employee of the State of Alaska, Department of

Corrections "DOC.".  I have worked for DOC since May, 1991.  I have been

Superintendent of Spring Creek Correctional Center for over three years.  I am

Second Affidavit of Superintendent Turnbull
*Nason v. Turnbull et al.,* Case A04-169 CV (JKS)
Page 1 of 3.

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

the Craig Turnbull who previously signed an affidavit for use in this case.

2.    There is no set procedure regarding relocation of a Maximum custody inmate when repairs need to be made to his cell.  In the past some inmates have been put in the shower or locked to the wall with the rings that are provided throughout House One. If the repair is more than a "quick fix" the inmate may be moved to another cell.

3.    Nason's statement that the only time an inmate is relocated to the "Charlie" module lower tier housing is when his behavior warrants it is incorrect. Inmates who are on two-man escort are also placed on the bottom tier of Charlie Mod.  When moving a prisoner for repairs he is placed in the nearest unused space, which can include the lower tier of Charlie mod.  If it is appropriate, the inmate might even be taken out to the recreation yard or to one of the modified cells in Lima Mod in general population.

4.    The prison staff has to be flexible and use what cells and resources are available when repairs are to be made to a maximum custody inmate's cell. There are 64 units in the segregation unit. Usually there are 60 cells in use. We try to keep two cells empty in case there is a fight within the institution or some other situation develops where we need them.

Further this affiant sayeth naught.

Craig Turnbull

Second Affidavit of Superintendent Turnbull
*Nason v. Turnbull et al.*, Case A04-169 CV (JKS)
Page 2 of 3.

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

SUBSCRIBED AND SWORN TO before me this _9__th day of March, 2006, at Seward, Alaska.

_____
Notary Public in and for State of Alaska
My Commission Expires:_____

Thomas Reimer, Notary Public
My Commission ...

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043