Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Craig Turnbull, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | )   Case No. A04-169 CV (TMB) |

MOTION TO STRIKE

Come now defendants, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby move this court to strike the plaintiff's "Rebuttal to Opposition for Summary Judgment" at docket 75.  There is no provision in the rules of court for the filing of such a pleading without leave of court. D.Ak.LR.7.1(h).  Consequently, the rebuttal should be stricken.

Dated this 22nd day of March, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on March 22, 2006, I caused to be
mailed a true and correct copy of the foregoing &
proposed order with first class postage,
via the U.S. Post Office to:

    Mark Nason
    SCCC
    Box 5001
    Seward, AK  99664-5001

_____
Marilyn J. Kamm