Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason,           )<br>                              )<br>         Plaintiff,           )<br>                              )<br>    vs.                       )<br>                              )<br>Craig Turnbull, et al.,       )<br>                              )<br>         Defendants.          )<br>_____) | Case No. A04-169 CV (JKS) |

PROPOSED ORDER STRIKING DOCKET 75

It is hereby ordered that defendants' motion to strike plaintiff's Rebuttal to Opposition for Summary Judgment is hereby granted.

Dated this _____ day of March, 2006.

_____
John Roberts
Magistrate Judge