RECEIVED
MAY 2 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

Mark Daniel Nason,           )
                             )
        Plaintiff,           )
                             )
vs.                          )
                             )
Craig Turnbull, et al.,      )
                             )
        Defendants.          )
                             )
_____)   Case No. A04-169 CV (TMB)

STATUS REPORT OF CIVIL ACTION

Comes now the Plaintiff, Mark Daniel Nason., Pro se., and hereby offers a brief overview for this Courts consideration.

Today is the 17th day of May, 2006. Counsel for the Defendants'., Marilyn J. Kamm, has made no effort to date to contact counsel for the Plaintff., (Plaintiff himself) to confer and prepare a joint status report as this Court has ordered.

Being a prisoner, Plaintiff lacks the resources and ability to make contact with the States Attorney, Ms. Kamm.

The following is a brief overview of litigation thus far from the Plaintiffs perspective.

1

A. Nature of the case:

1. Lead attorneys are Marilyn J. Kamm for Defendants.,

   Mark Daniel Nason (Pro se) for the Plaintiff.

2. Eighth Ammendment violation is the basis for Federal jurisdiction.

3. Plaintiff has asserted that Defendants retaliated when he exercised his right to file a lawsuit and name them as Defendants., (Part one of original complaint)

No counter claims exist.

4. All parties have been served.

5. Did the Defendants place the Plaintiffs health at risk and subject him to cruel and unusual conditions after his filing of original complaint. (Principal Legal Issues)

6. The Defendants have admitted to all factual issues.,(for the purpose of a motion regarding punitive damages, said motion has yet to be ruled on by this Court)


B. Discovery

1. Dept. of Corrections Policy and Proceedures has been proivded. No remaining discovery is needed.

2. No further motions anticipated.

3. Court dismissed part one of original complaint but found merit in second claim.

4. No previous filed status reports.


c. Trial

Trial seems like a necessity, Plaintiff is prepared for trial. Plaintiff would prefer a trial by Judge vs, Jury.

2

D. Settlement

1. State has made no effort at negotiating a settlement with Plaintiff in this case.

Plaintiff would be happy to reasonably negotiate such.

        Further sayeth naught.

                                Mark D. Nason Pro se