Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason,           )<br>                              )<br>        Plaintiff,           )<br>                              )<br>   vs.                        )<br>                              )<br> Craig Turnbull, et al.,      )<br>                              )<br>        Defendants.           )<br> _____ ) | Case No. 3:04-cv-169-TMB |

## SUPPLEMENT TO PLAINTIFF'S STATUS REPORT

Come now defendants, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, to supplement the status report filed by plaintiff:

A.  Nature of the Case

1. Plaintiff Mark Nason is pro se; defendants are represented by Marilyn J. Kamm, Assistant Attorney General.

2. The court has jurisdiction under 28 U.S.C. 1331

Response to Plaintiff's Status Report
*Nason v. Turnbull et al.*, Case 3:04-cv-169-TMB
Page 1 of 3.

3. Plaintiff made two claims: (1) that defendants violated his constitutional rights when he was given a suicide smock to wear; and (2) that defendants retaliated against plaintiff for filing this lawsuit when he was placed temporarily in a dirty cell. He also claims punitive damages.

4. All parties have been served.

5. Whether defendants violated plaintiff's Eighth Amendment rights when he was issued a suicide smock and declined to wear it; whether plaintiff's First Amendment rights were violated when he was placed in a dirty cell; whether plaintiff is entitled to punitive damages.

6. Whether plaintiff was intentionally placed into a dirty cell.

B. Discovery

1. Discovery is complete.

2. Defendants' Motion for Summary Judgment on punitives is currently pending. Plaintiff has asked for reconsideration of the order of summary judgment in his opposition to defendants' motion for summary judgment, and defendants have asked for reconsideration of the denial of their motion as to plaintiff's second claim in their reply to opposition.

3. The court granted the defendants' motion for summary judgment as to plaintiff's first claim for relief, but denied the motion as to the second claim.

4. No status reports were previously filed.

C. Trial

1. If the court does not grant defendants' motion for summary judgment, then trial is anticipated. No jury has been requested. The trial should take 2 days.

D. Settlement.

1. There have been no settlement discussions; settlement is remote.

Response to Plaintiff's Status Report
*Nason v. Turnbull et al.,* Case 3:04-cv-169-TMB
Page 2 of 3.

Dated this 24th day of May, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on May 24, 2006, I caused to be mailed a true and correct copy of the foregoing with first class postage, via the U.S. Post Office to:

    Mark Nason
    SCCC
    Box 5001
    Seward, AK  99664-5001

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Response to Plaintiff's Status Report
*Nason v. Turnbull et al.,* Case 3:04-cv-169-TMB
Page 3 of 3.