IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

**RECEIVED**

JUN 0 1 2006

CLERK, U.S. ...... COURT
ANCHOR ... ALASKA

Mark Daniel Nason,    )
        Plaintiff,    )
                   )
vs.               )
Craig Turnbull,et al., )
        Defendants.   )
                   )
_____)  Case No. A04-169 CV (TMB)

### REPLY TO DEFENDANTS STATUS REPORT

Comes now the Plaintiff, Pro se., And hereby requests that this Court allow the Plaintiff to seek one additional piece of Discovery from the Defendants.

Due to the inability of a jointly filed status report, the Defendants have raised an unforseen issue that requires a valuable piece of Discovery.

Section "A6" of the Defendants Supplement To Plaintiffs Status Report suggests that the placement of the Plaintiff into a contaminated cell was not intentional...

Previous litigation has presented the placement intentional but not malicious.

The Plaintiff requests the following Discovery for his review...

A copy of any and all Maintenance requests filed by any officers on Cell Bravo 1 during the time frame in question and the final action taken by the maintenance crew, to include the day and the specific time the alleged repairs were made.

Further Sayeth Naught

Mark Daniel Nason

I certify that on May 27th, 2006,I caused to be mailed a true and accurate copy to:

Marilyn J.Kamm
Dept.of Law
P.O.Box 110300
Juneau Ak 99811