IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
AUG 15 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

MARK DANIEL NASON,   )
    plaintiff,   )
                )
vs.   )
                )
CRAIG TURNBULL, et al.,   )
    defendants.   )   Case no. 3:04-cv-169 TMB

### REQUEST FOR COURT APPOINTED COUNSEL

Comes now the Plaintiff, Pro se., and hereby requests this Court to appoint counsel in the present case before the bench.
The Plaintiff has thus far represented himself to the best of his limited ability and feels that he is inadequitely prepared to litigate through the actual trial.
The magistrate judge stated at docket 59 "should this case proceed to trial, plaintiff may renew his request for court-appointed counsel."
The current Judge (Timothy M. Burgess) has reviewed the entire case thus far and deemed that the case is ripe for trial., And in fact the Defendants have not shown that the facts and allegations presented by Plaintiff's claim are merely colorable, or are not significantly probative.
The Plaintiff feels that if this Court will grant his request for counsel, the State may be more interested in discussing a reasonable out of court settlement, thus saving a significant amount of this courts' valuable time and many "man-hours".

I swear under penalty of perjury that my financial situation has not changed since the original filing of this indigent suit. I further certify that a true and correct copy of this document was mailed first class to Marilyn J. Kamm Dept. of Law P.O. Box 110300 Juneau Alaska 99811. On August 13th 2006.

Mark Nason /s/ Mark Nason

1