UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
APR 1 6 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

MARK DANIEL NASON,         )
    PLAINTIFF,             )
                            )
V.                         )
                            )
CRAIG TURNBULL, et al.,    )
    DEFENDANT(S).          )      CASE NO. 3:04-cv 00169-TMB

RESPONSE TO COURTS ORDER REGARDING COUNSEL
(DOCUMENT 84-1)

Comes now the Plaintiff, in the above captioned case., Pro se, and hereby serves notice on this honorable court, as well as counsel for the Defendants, that he will represent himself in a trial on the issues before the bench.
Plaintiff would request a trial by the Court and waive the presence of a jury in the instant case.


RESPONSE TO COURTS ORDER
(certification of readiness for trial)
(DOCUMENT 85-1)

The Plaintiff, Mark Daniel Nason, litigating Pro se, would respectfully submit the following to this honorable Court:
1. Plaintiff is unable to pick up a telephone and consult with the Defendants attorney, Miss.Kamm., However, Plaintiff is more than willing to explore the option of informally resolving this issue if Miss.Kamm wishes to arrange a teleconference.
2. Plaintiff would reserve the right for additional discovery., The Plaintiff feels that discovery is complete as pertains to the issues currently before the bench, however, the Plaintiff has experienced additional grievious treatment by the Defendants and strongly feels that it is retalitory in nature.
The Plaintiff will require approximately (30) thirty days to ammend the current complaint.

3. The Plaintiff would submit that the only procedural or legal issues that exist would be an ammended complaint and possibly a motion compelling discovery.

4. The Plaintiff is more than willing to forego an ammended complaint if the Defendants are willing to resolve the current issues with a settlement conference and desist with retaliating upon his person. Plaintiff would submit that the Defendants have already admitted to all factual allegations in Plaintiffs previously ammended complaint. Specificly that he was deprived of clothing, filed a grievance, the clothing was reinstated and he was placed into a grossly contaminated cell.

The states position was basicly that Plaintiff was a prisoner and he should be accustomed to that type of enviornment.

This Court chose not to dismiss the Plaintiffs complaint.

This Court chose not to grant the Defendants motion to dismiss the request for punitive damages.

Plaintiff would suggest to this Court, as well as the Defendants counsel, that since the facts are no longer in dispute, only a ruling regarding the legality and justness of those facts by this Court is necessary, and if deemed appropriate, punitive and compensatory damages.

Plaintiff is more than willing to utilize this Courts suggestion to arrange a settlement conference with another judge., The Plaintiff would suggest that in light of the situation, that is in fact the appropriate venue for this complaint.

5. Plaintiff would respectfully submit that his calandar is open for the remainder of the year.,(Providing these issues are unable to be resolved informally), Any (2) two alternate trial dates set by the Defendants counsel and this Court will be acceptable.

I certify that a true and correct copy
of this document was sent by first class
mail to:Marilyn Kamm p.o.box 110300,
Juneau Alaska 99811-0300.(Dept. of Law)

*Mark Daniel Nason*

Mark Daniel Nason    April 12th, 2007.