IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

Mark Daniel Nason, )
    Plaintiff, )
vs. )
Craig Turnbull, et al., )
    Defendants. )

Case No. A04-169 CV (TMB)

RECEIVED MAY 10 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## MOTION TO WITHDRAW REQUEST FOR ADDITIONAL TIME TO AMEND COMPLAINT

Comes now the Plaintiff, Mark D. Nason., Pro se, and withdraws his previous request for additional time to amend his complaint. The Plaintiff apologizes to this court for his ignorance and would submit that after researching the matter he feels that in the interest of conserving this courts valuable time and resources, he will utilize Rule 405(b) to introduce the latest specific instance of the Defendants retalitory conduct.

The Plaintiff would submit that he is prepared to commnece with a trial by Judge at the earliest possible tome that the Defendants counsel and this Court deem appropriate.

Further sayeth Naught.

Mark D. Nason Pro se

I certify that a true and correct
copy was served via first class
mail to; Marilyn J. Kamm at:
Attorney Genreral Office P.O. 110300
Juneau Ak. 99811-0300

_____ May 8th 2007.

Spring Creek Correctional Center
P.O. Box 5001

MARK DANIEL NASON
SPRING CREEK Correction Center
P.O. Box 5001
Seward AK 99664

United States District Court -
District of Alaska
Clerk of Court
Federal Building, U.S. Courthouse
222 W. 7th Avenue, #4
Anchorage AK
99513-7564

9951347564 C001

SEWARD AK MAY-9 07
PB METER 8496191
$ 0.39
U.S. POSTAGE