Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Craig Turnbull, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. A04-169 CV (TMB) |

REQUEST FOR STATUS CONFERENCE

Come now defendants, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby request a status conference be scheduled pursuant to this court's order at docket 85.  Defendants propose October 1, 2007, and October 15, 2007 as trial dates in this matter.

Dated this 16th day of May, 2007, at Juneau, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on May 16, 2007, I caused to be
mailed a true and correct copy of the foregoing
with first class postage,
via the U.S. Post Office to:

    Mark Nason
    SCCC
    Box 5001
    Seward, AK  99664-5001

_____
Marilyn J. Kamm

Request for Status Conference
*Nason v. Turnbull et al*, Case A-04-169 ci (TMB)
Page 2 of 2