UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  MARK DANIEL NASON  </u>   v.   <u>  CRAIG TURNBULL  </u>

THE HONORABLE TIMOTHY M. BURGESS

<small>DEPUTY CLERK</small>                                    CASE NO.  <u>  3:04-cv-00169-TMB  </u>

<u>  Pam Richter  </u>

<u>PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**          DATE: June 5, 2007</u>

      On May 10, 2007, Mark Daniel Mason, a self-represented prisoner, filed a motion to withdraw his previous motion (included in his notice at docket number 86) for an extension of time to file an amended complaint.  Mr. Nason states that, instead, "he is prepared to commence with a trial by Judge at the earliest possible time that the Defendants and this Court deem appropriate."[1]

      There has been no opposition.  Therefore, Mr. Nason's motion, at docket number 87, will be granted.

      IT IS SO ORDERED.

---

[1]   Docket No. 87 at 1.

[~1610659.wpd]{IA.WPD*Rev.12/96}