```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

  MARK DANIEL NASON, Pro Se    vs.    CRAIG TURNBULL, et al

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO. 3:04-cv-00169-TMB

DEPUTY CLERK/RECORDER: LINDA CHRISTENSEN

APPEARANCES:    PLAINTIFF: MARK DANIEL NASON*

                DEFENDANT: PAT GULLUFSEN*

*Present telephonically

PROCEEDINGS: STATUS CONFERENCE RE TRIAL DATE Held 7/2/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:01 p.m. court convened.

Court and counsel heard re availability for trial.

Court to advise counsel of date and time set for trial date and issue pretrial order.

At 2:07 p.m. court adjourned.

DATE:   JULY 2, 2007            DEPUTY CLERK'S INITIALS:   LSC

Revised 6/18/07