Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason,  )<br>  )<br>        Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Craig Turnbull, et al.,  )<br>  )<br>        Defendants.  )<br>_____ ) | Case No. 3:04-CV-169-TMB |

MOTION FOR CONSIDERATION ON SHORTENED TIME

Comes now defendants, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby moves this court to consider their motion to amend pre-trial order on shortened time.  This motion is supported by the accompanying affidavit of counsel.

Dated this 5th day of September, 2007, at Juneau, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on September 5, 2007, I caused
to be faxed and mailed a true and correct copy of the
foregoing, affidavit and proposed order
via U.S. Postal Service to:

Mark Nason
SCCC
PO Box 5001
Seward, /AK  99664

_____
By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Motion to Strike
*Nason v. Turnbull et al*, Case A-04-169 ci (TMB)
Page 3 of 3