Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Craig Turnbull, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:04-cv-169-TMB |

PROPOSED ORDER GRANTING SHORTENED TIME

The defendant's motion for shortened time is hereby granted.  The court will consider the motion to amend the pre-trial order prior to September 10th.

Dated this _____ day of September, 2007.

_____
Timothy Burgess
United States District Court

Motion to Dismiss
*Clyde v. McCloud.,* Case A04-122 CV (RRB)
Page 2 of 3.