Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Craig Turnbull, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 3:04-cv-169-TMB |

MOTION TO AMEND PRE-TRIAL ORDER

Come now defendants, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby move to amend the Pre-Trial Order. This court has ordered the parties to mark, inspect, and review with the Clerk of Court all trial exhibits on or before September 10, 2007.  *See* Docket 92, p. 4.  In addition, it has ordered the parties to prepare and file a single joint proposed final pre-trial order on or before September 10, 2007.  *Id,* p. 1.  In addition, the parties are to serve and file

all objections to exhibits by September 17, 2007. *Id.*, p. 4. Responses to the objections are due September 24, 2007. *Id.*

The plaintiff is an inmate at Spring Creek Correctional Center. He has not contacted counsel about the pre-trial order. Counsel for the defendants contacted the court to inquire whether she could appear by herself at the exhibit review, and was told that the order was meant primarily for the parties to review each other's documents. Consequently, counsel requests leave for the parties to serve each other with copies of their exhibits by mail, and that the deadline for doing so, and for filing a copy with this court, be extended to September 24th. She requests that the proposed final pre-trial order be due September 24th as well. She also requests that the due date for objections be extended to October 1st, with responses to objections due October 8th.

Dated this 5th day of September, 2007, at Juneau, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn.Kamm@alaska.gov

I certify that on September 5, 2007, I caused to be faxed &
mailed a true and correct copy of the foregoing &
proposed order with first class postage,
via the U.S. Post Office to:

       Mark Nason
       SCCC
       Box 5001
       Seward, AK  99664-5001

_____
Susie Frenzel