Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Craig Turnbull, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 3:04-cv-169-TMB |

PROPOSED ORDER GRANTING MOTION TO AMEND

The defendants' Motion to Amend Pre-Trial Order is hereby granted.  The parties will exchange exhibits and file a copy with the court on or before September 24, 2007.  The parties will also file the proposed final pre-trial order by September 24, 2007.  Objections to the exhibits shall be filed by October 1, 2007.  Responses to the objections shall be filed by October 8, 2007.

Dated this _____ day of September, 2007.

_____
Timothy Burgess
United States District Court

Motion to Dismiss
*Clyde v. McCloud.,* Case A04-122 CV (RRB)
Page 3 of 3.