Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Craig Turnbull, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 3:04-CV-169-TMB |

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA        )
                       ) ss.
FIRST JUDICIAL DISTRICT )

    I, Marilyn J. Kamm, after being duly sworn and based upon my personal knowledge state that:

    1.    I am the attorney for defendant in the above-referenced case.

Affidavit of Counsel
*Nason v. Turnbull*, Case No. 3:04-cv-169-TMB
Page 1 of 2.

2. I am requesting shortened time on my motion to amend pre-trial order in this case. The parties are ordered to participate in an exhibit review with the court on September 10th and to file a joint proposed pre-trial order. Plaintiff is an inmate and has not contacted counsel about the exhibit review or order, nor has he requested transport. Even if he did request transport, defendants would object. If shortened time is not granted, the response and consideration of the motion shall not occur until after the September 10th deadlines.

3. The plaintiff in this matter is an inmate at Spring Creek Correctional Center in Seward. I will fax the Motion for Shortened Time, this affidavit, proposed order, and the Motion to Amend to him at Spring Creek Correctional Center as soon as I finish these pleadings. I will also request that the pleadings be given to him as soon as possible.

4. I do not think that the plaintiff will be prejudiced by rescheduling these deadlines since he has apparently taken no action to appear in Anchorage for the exhibit review.

Further this affiant sayeth naught.

_____
Marilyn Kamm

SUBSCRIBED AND SWORN TO before me this 5th day of September, 2007 at Juneau, Alaska.

STATE OF ALASKA
OFFICIAL SEAL
Valerie Robinson
NOTARY PUBLIC
My Commission Expires 12/11/08

_____
Notary Public in and for State of Alaska
My Commission expires with office.

Affidavit of Counsel
Nason v. Turnbull, Case No. 3:04-cv-169-TMB
Page 2 of 2.