UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MARK DANIEL NASON,                  )
                                    )
          Plaintiff,                )
                                    )        Case No. 3:04-cv-00169-TMB
v.                                  )
                                    )
CRAIG TURNBULL, et al.,             )        **ORDER FOR ISSUANCE OF WRIT OF**
                                    )        **HABEAS CORPUS *AD TESTIFICANDUM***
          Defendants.               )
                                    )
_____        )

On the petition of Mark Daniel Nason:

**IT IS SO ORDERED** that the clerk of this court be and hereby is instructed to issue a writ of habeas corpus *ad testificandum* to the Commissioner of Public Safety, the Superintendent of the Cook Inlet Pre-Trial Facility and Spring Creek Correctional Facility, and the Commissioner of Corrections to bring before this court on **Monday, November 5, 2007**, at **8:30 a.m.**, **MARK DANIEL NASON**, as the plaintiff in the above-entitled cause for the purpose of trial, and to return him to the Cook Inlet Pre-Trial Facility as soon as his testimony is concluded.

DATED at Anchorage, Alaska, this 27th day of August , 2007.

REDACTED SIGNATURE

TIMOTHY M. BURGESS

UNITED STATES DISTRICT JUDGE

[304cv169TMB-writ hc ad test]{WRITVEN.WPD*Rev.2/97}