IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



RECEIVED
SEP 07 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Mark Daniel Nason    )
                     )
     Plaintiff,      )
                     )
vs.                  )
                     )
Craig Turnbull,et.al.,)  Case No. 3:04-cv-169 TMB
                     )
     Defendants.     )


## OBJECTION TO DEFENDANTS MOTION

## TO AMEND PRE TRIAL ORDER

Comes now the plaintiff, Mark Daniel Nason, Pro se, and hereby objects to the defendants "last minute" request to amend this courts pre-trial order.[At Doc.92]

The defendants offer no excuse for their non-compliance with this courts order.
In point of fact, they attempt to unreasonably shift the blame for their non-compliance to the shoulders of the plaintiff.
Defendants attorney, Marilyn J.Kamm, should be well aware of the fact that **all** government offices are blocked from contact via telephone by D.O.C.s "Evercom" phone system.
It is unreasonable to infer that I, the plaintiff, an indigent prisoner, was somehow supposed to request to be transported to view some exhibits at some as yet undisclosed location.
Ms,Kamm is merely attempting to cloud the issue of her failure to timely comply with this courts orders.
**This courts order at Doc.92 was very clear and concise as to what its wishes were.**
Ms. Kamm has offered no indication that she is prepared for trial,

1

she has ignored this courts request to contact counsel "by telephone or in person, as soon as possible after reciept of this order"...[July,18th,2007].

This court was quite clear that counsel would not enjoy the liberty to change the dates set forth in the pre-trial order, but only by order of this court for good cause shown.

The plaintiff would respectfully submit that Ms.Kamm has failed to show good cause or more importantly a good faith effort.

Further delay, while not adversely effecting the foundations of plaintiffs case, are a hardship., The plaintiff wishes for closure on these issues and objects to this unreasonable delay.

Further Sayeth Naught.

Dated this 5th day of Sept.2007.

*Mark Daniel Nason*
Mark Daniel Nason Pro se

I hereby certify that a true and correct copy of this document was mailed first class to:Marilyn J.Kamm at:Dept of Law P.O.Box 110300 Juneau AK 99811 on Sept.5th 2007.

*Mark Daniel Nason*
Mark Daniel Nason Pro se

Page 2 of 2

Mark Daniel Nason
Spring creek correction center
P.O. Box 5001
Seward AK. 99664

99513475644 C001

UNITED STATES DISTRICT COURT
District of Alaska
Clerk of the court
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #4
Anchorage Alaska.

99513-7564