Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Craig Turnbull, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 3:04-cv-169-TMB |

REQUEST FOR SETTLEMENT CONFERENCE

Come now defendants, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby request a settlement conference be scheduled before another judge or magistrate. Both parties request this conference. Counsel for the defendants will be unavailable October 1st through 9th, and October 29th through 31st. Counsel for defendants requests leave to participate telephonically.

Dated this 21st day of September, 2007, at Juneau, Alaska.

        TALIS J. COLBERG
        ATTORNEY GENERAL

        By: s/Marilyn J. Kamm, ABA 7911105
        State of Alaska
        Department of Law
        Criminal Division Central Office
        PO Box 110300
        Juneau, AK  99811
        Phone: (907) 465-3428
        Fax: (907) 465-4043
        Marilyn_Kamm@law.state.ak.us

I certify that on September 21, 2007, I caused
to be faxed and mailed a true and correct copy of the
foregoing via U.S. Postal Service to:

Mark Nason
ACC
1400 East 4th Ave.
Anchorage, /AK  99501

_____
By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Request for Settlement Conference
*Nason v. Turnbull et al*, Case 3:04-cv-169-TMB
Page 2 of 2