Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason,<br><br>        Plaintiff,<br><br>vs.<br><br>Craig Turnbull, et al.,<br><br>        Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. A04-169 CV (JKS) |

MOTION FOR EXTENSION OF TIME

       Come now defendants, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby request an extension of time in which to file the joint proposed pre-trial order.  This motion is supported by the accompanying affidavit of counsel.

       Dated this 21st day of September, 2007, at Juneau, Alaska.

/////

/////

/////

Motion for Extension of Time
*Nason v. Turnbull et al*, Case 3:04-cv-169-TMB
Page 1 of 2

TALIS J. COLBERG
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@alaska.gov

I certify that on September 21, 2007, I caused to be faxed &
mailed a true and correct copy of the foregoing motion,
affidavit and proposed order with first class postage,
via the U.S. Post Office to:

    Mark Nason
    ACC
    1400 E. 4th
    Anchorage, AK  99501

Marilyn J. Kamm
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@alaska.gov

Motion for Extension of Time
*Nason v. Turnbull et al*, Case 3:04-cv-169-TMB
Page 2 of 2