Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Craig Turnbull, et al.,<br><br>　　　　Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 3:04-cv-169-TMB |

PROPOSED ORDER GRANTING MOTION FOR EXTENSION OF TIME

　　　　The defendants' Motion for Extension of Time is hereby granted.  The parties will exchange exhibits and file a copy with the court on or before one week after the settlement conference is held.  The parties will also file the proposed final pre-trial order at the same time.  Objections to the exhibits shall be filed one week later.  Responses to the objections shall be filed one week after the due date of the objections.

　　　　Dated this _____ day of September, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy Burgess
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

Motion to Dismiss
*Clyde v. McCloud.,* Case A04-122 CV (RRB)
Page 3 of 3.