Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Mark Daniel Nason,                    )
                                      )
           Plaintiff,                 )
                                      )
    vs.                               )
                                      )
Craig Turnbull, et al.,               )
                                      )
           Defendants.                )
_____)   Case No. 3:04-CV-169-TMB

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA            )
                           )  ss.
FIRST JUDICIAL DISTRICT    )

       I, Marilyn J. Kamm, after being duly sworn and based upon my personal knowledge state that:

       1.    I am the attorney for defendant in the above-referenced case.

Affidavit of Counsel
*Nason v. Turnbull*, Case No. 3:04-cv-169-TMB
Page 1 of 2.

2. I am requesting an extension of time in which to file the joint proposed pre-trial order. The joint proposal is currently due September 24, 2007. I am requesting this extension in part due to a family emergency. I had planned to work on the joint proposal this weekend. However, now I am flying to Southern California for the weekend to visit a relative who is seriously ill who was just hospitalized this week due to an accident.

3. I have also been informed by Mr. Nason that he is interested in settling this case, but that he requests that a settlement conference be held before a judge or magistrate. I am requesting that the joint proposed pre-trial order be due a week after the settlement conference in the event the matter does not settle. If the court is not amenable to this request, I alternatively request that the joint proposed pre-trial order be due on or before October 1, 2007. My faxes to Mr. Nason have not been delivered to him immediately as I anticipated, and working through the draft will take much more time, and contact, than I had expected.

Further this affiant sayeth naught.

_____
Marilyn Kamm

SUBSCRIBED AND SWORN TO before me this 21st day of September, 2007 at Juneau, Alaska.

_____
Notary Public in and for State of Alaska
My Commission expires with office.

Affidavit of Counsel
*Nason v. Turnbull*, Case No. 3:04-cv-169-TMB
Page 2 of 2.



STATE OF ALASKA
OFFICIAL SEAL
Azucena Frenzel
NOTARY PUBLIC
My Commission Expires with office