IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK DANIEL NASON, <br><br> Plaintiff, <br><br> v. <br><br> CRAIG TURNBULL, et al. <br><br> Defendants. | Case No. 3:04-cv-00169-TMB <br><br> ORDER |

IT IS HEREBY ORDERED THAT:

The Final Pretrial Conference, previously scheduled for 9:00 a.m., November 5, 2007, is hereby **VACATED** and **RESET** to **9:30 a.m., December 4, 2007,** before the Honorable Timothy M. Burgess, in Anchorage Courtroom 1.

The Trial by Court, previously scheduled for 10:00 a.m, November 5, 2007, is hereby **VACATED** and **RESET** to **10:00 a.m., December 4, 2007,** before the Honorable Timothy M. Burgess, in Anchorage Courtroom 1.

The Writ of Habeas Corpus ad Testificandum as to Mark Daniel Nason, issued September 7, 2007, is hereby **QUASHED**.

The Clerk of this Court is instructed to issue a Writ of Habeas Corpus ad Testificandum to the Commissioner of Public Safety, the Superintendent of the Anchorage Correctional Complex and Spring Creek Correctional Facility, and the Commissioner of Corrections to bring before this court on **9:30 a.m., December 4, 2007**, MARK DANIEL NASON, as the plaintiff in the above-entitled cause for the purpose of trial, and to return him to the Anchorage Correctional Complex as soon as his testimony is concluded.

DATED this 25th day of September, 2007.

**REDACTED SIGNATURE**

TIMOTHY M. BURGESS
U.S. DISTRICT JUDGE