Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason,              )<br>                                           )<br>        Plaintiff,              )<br>                                           )<br>    vs.                            )<br>                                           )<br>Craig Turnbull, et al.,        )<br>                                           )<br>        Defendants.          )<br>_____ ) | Case No. A04-169 CV (JKS) |

NOTICE OF CHANGE OF ADDRESS

Come now defendants, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby advise the court that plaintiff has a change of address.  His current address is:

Mark Nason
Anchorage Correctional Center
1400 E. 4th Avenue
Anchorage, AK  99501

Dated this 26th day of September, 2007, at Juneau, Alaska.

Notice of Change of Address
*Nason v. Turnbull et al*, Case 3:04-cv-169-TMB
Page 1 of 2

TALIS J. COLBERG
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@alaska.gov

I certify that on September 26, 2007, I caused to be faxed &
mailed a true and correct copy of the foregoing notice
with first class postage,
via the U.S. Post Office to:

    Mark Nason
    ACC
    1400 E. 4th
    Anchorage, AK  99501

Marilyn J. Kamm
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@alaska.gov

Notice of Change of Address
*Nason v. Turnbull et al*, Case 3:04-cv-169-TMB
Page 2 of 2