IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Mark Daniel Nason, )
   Plaintiff, )
vs. )
Craig Turnbull, et.al., )
   Defendants. ). Case No. 3:04-cv-169 TMB

RECEIVED
SEP 2 6 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

### PLAINTIFFS OBJECTION TO DEFENDANTS PROPOSED EXHIBITS

Comes now the plaintiff, Mark Daniel Nason, Pro se, and hereby moves this court to exclude exhibits A,B,D,E,F,G,H,I., Submitted by the defendants, pursuant to U.S.C.S. Federal Rules of Evidence 403.

The evidence that the defendants propose to use would be a confusion of the issues, misleading and cumulative.

The plaintiff is not the subject of a counter claim filed by the defendants.

In the interests of conserving this courts time, the plaintiff is willing to stipulate that he is a convicted felon with a history of problamatic behavior.

The exhibits that the defendants wish this court to consider are "remote in time" (dating from six to twelve years ago) and have no direct bearing on the case currently before the bench.

In support of the instant motion, the plaintiff would point out that the defendats attorney neglected to specify what the actual limited intended use of the afore mentioned exhibits would be.

Dated this 23rd day of September, 2007.

                                                          Mark Daniel Nason Pro se

MARK D. NASON
Anchorage Correctional Complex West
1300 E. 4TH Ave
Anchorage AK 99501

United States District Court
District of Alaska
Clerk of Court
Federal Building, U.S. Courthouse
222 W. 7TH Ave, #4
Anchorage AK 99513-7564

9951307564 C001