IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Mark Daniel Nason, )
    Plaintiff, )
)
vs. )
)
Craig Turnbull, et.al., )
    Defendants. )  Case No. 3:04-cv-169 TMB

RECEIVED
SEP 26 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**PROPOSED ORDER TO EXCLUDE EXHIBITS**

The plaintiffs motion to exclude defendants proposed exhibits A, B, D, E, F, G, H, and I., Is hereby granted.

Dated this ___ day of September, 2007.

_____
Timothy Burgess / Judge
United States District Court

I certify that a true copy
of the attached motion and
order was mailed via first
class to: Marilyn J.Kamm
        Dept of Law
        P.O.Box 110300
        Juneau Ak.99811

*Mark D. Nason* Sept. 23rd, 2007
Mark D.Nason Pro se