UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK DANIEL NASON<br><br>    Plaintiff,<br>vs.<br><br>CRAIG TURNBULL<br>    Defendant. | 3:04-cv-0169 TMB<br><br>**ORDER REGARDING<br>MOTION TO FILE JOINT PRE-<br>TRIAL ORDER** |

**ORDER GRANTING MOTION TO FILE JOINT PRETRIAL ORDER**

The defendants' Motion for Extension of Time is hereby granted. The parties will exchange exhibits and file a copy with the court on or before one week after the settlement conference is held. The parties will also file the proposed final pre-trial order at the same time. Objections to the exhibits shall be filed one week later. Responses to the objections shall be filed one week after the due date of the objections.

Dated this 1ST day of October, 2007.

          /s/ Timothy M. Burgess

          TIMOTHY BURGESS
          UNITED STATES DISTRICT COURT