```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

     MARK DANIEL NASON             vs.   CRAIG TURNBULL, et al

BEFORE THE HONORABLE DEBORAH M. SMITH   CASE NO. 3:04-CV-00169-TMB

DEPUTY CLERK/RECORDER:      SAMANTHA LARK

APPEARANCES:    PLAINTIFF:   MARK DANIEL NASON

                DEFENDANT:   MARILYN J. KAMM

PROCEEDINGS: SETTLEMENT CONFERENCE HELD 11/28/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.

Court and counsel heard re Settlement Offers.

At 9:56 a.m. court recessed until 10:10 a.m.

Court and counsel heard re Settlement Agreement.

Court ordered Ms. Kamm to file Finalized Settlement Agreement on or before **December 4th, 2007.**

Final Pretrial Conference set December 4th, 2007 at 9:30 a.m. and Trial by Court set December 4th, 2007 at 10:00 a.m. **VACATED.**

At 10:22 a.m. court adjourned.

DATE: November 28, 2007         DEPUTY CLERK'S INITIALS: sal

Revised 6/18/07