Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Craig Turnbull, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 3:04-cv-169-TMB |

MOTION FOR LEAVE TO FILE SETTLEMENT DOCUMENT UNDER SEAL

Come now defendants, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby move for leave to file the settlement agreement in this case under seal because its terms are confidential.

Dated this 28th day of November, 2007, at Juneau, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105

Notice of Change of Address
*Nason v. Turnbull et al*, Case 3:04-cv-169-TMB
Page 1 of 2

State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@alaska.gov

I certify that on November 29, 2007, I caused to be faxed &
mailed a true and correct copy of the foregoing motion &
proposed order with first class postage,
via the U.S. Post Office to:

    Mark Nason
    ACC
    1400 E. 4th
    Anchorage, AK  99501

Marilyn J. Kamm
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@alaska.gov

Notice of Change of Address
*Nason v. Turnbull et al*, Case 3:04-cv-169-TMB
Page 2 of 2