Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Craig Turnbull, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | )    Case No. 3:04-cv-169-TMB |

### PROPOSED ORDER GRANTING LEAVE TO FILE SETTLEMENT
### AGREEMENT UNDER SEAL

The defendants' motion for leave to file the settlement agreement under

seal is hereby granted.  The settlement agreement may be filed under seal.

Dated this _____ day of November, 2007.


_____
Timothy Burgess
United States District Court