Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason,<br><br>        Plaintiff,<br><br>vs.<br><br>Craig Turnbull, et al.,<br><br>        Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:04-CV-169-TMB |

MOTION FOR CONSIDERATION ON SHORTENED TIME

Comes now defendants, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby moves this court to consider their motion for leave to file settlement agreement under seal on shortened time.  This motion is supported by the accompanying affidavit of counsel.

Dated this 28th day of November, 2007, at Juneau, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on November 29, 2007, I caused
to be faxed and mailed a true and correct copy of the
foregoing, affidavit and proposed order
via U.S. Postal Service to:

Mark Nason
ACC
1400 East 4th Ave.
Anchorage, /AK  99501

_____
By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Motion for Shortened Time
*Nason v. Turnbull,* Case No. 3:04-cv-169-TMB
Page 2 of 2

Motion to Strike
*Nason v. Turnbull et al*, Case A-04-169 ci (TMB)
Page 3 of 3