Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason,                      )<br>                                                  )<br>            Plaintiff,                          )<br>                                                  )<br>    vs.                                           )<br>                                                  )<br>Craig Turnbull, et al.,                 )<br>                                                  )<br>            Defendants.                    )<br>_____ ) | Case No. 3:04-cv-169-TMB |

PROPOSED ORDER GRANTING SHORTENED TIME

The defendant's motion for shortened time is hereby granted. The court will consider the motion to amend the pre-trial order prior to December 4, 2007.

Dated this _____ day of November, 2007.

                                                                                _____
                                                                                Timothy Burgess
                                                                                United States District Court

Motion to Dismiss
*Clyde v. McCloud.,* Case A04-122 CV (RRB)
Page 2 of 3.