Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Craig Turnbull, et al.,<br><br>　　　　Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:04-CV-169-TMB |

**AFFIDAVIT OF COUNSEL**

S TATE OF ALASKA          )
                          )   ss.
FIRST JUDICIAL DISTRICT   )

　　　　I, Marilyn J. Kamm, after being duly sworn and based upon my personal knowledge state that:

　　　　1.　　I am the attorney for defendants in the above-referenced case.

2. I am requesting shortened time on my motion for leave to file the settlement agreement under seal. The parties are ordered to file their signed settlement agreement with the court before December 4, 2007. I neglected to ask Magistrate Smith today at the settlement conference for leave to file the document under seal. The State requests that this agreement be filed under seal because it is a confidential document.

3. The plaintiff in this matter is an inmate at Anchorage Correctional Center. I will fax the Motion for Shortened Time, this affidavit, proposed order, and the motion for leave to file document under seal to him as soon as I finish these pleadings. I will also request that the pleadings be given to him as soon as possible.

Further this affiant sayeth naught.

_____
Marilyn Kamm

SUBSCRIBED AND SWORN TO before me this 28th day of November, 2007 at Juneau, Alaska.

_____
Notary Public in and for State of Alaska
My Commission expires with office.

Motion to Strike
*Nason v. Turnbull et al*, Case A-04-169 ci (TMB)
Page 4 of 4