Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason,<br><br>        Plaintiff,<br><br>vs.<br><br>Craig Turnbull, et al.,<br><br>        Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:04-cv-169-TMB |

NOTICE OF FILING CORRECT ORDER

     Come now defendants, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby give notice that they withdraw the previous order granting expedited consideration and are filing the correct order with this notice.

     Dated this 29th day of November, 2007, at Juneau, Alaska.

               TALIS J. COLBERG
               ATTORNEY GENERAL

Notice of Filing Correct Order for Shortened Time
*Nason v. Turnbull et al*, Case  3:04-cv-169-TMB
Page 1 of 2

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on November 29, 2007, I caused to be mailed a true and correct copy of the foregoing & proposed order by fax and with first class postage, via the U.S. Post Office to:

    Mark Nason
    ACC
    1400 E. 4th Ave.
    Anchorage, Ak  99501

_____
By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Notice of Filing Correct Order for Shortened Time
*Nason v. Turnbull et al*, Case  3:04-cv-169-TMB
Page 2 of 2