Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Craig Turnbull, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | )    Case No. 3:04-cv-169-TMB |

## PROPOSED ORDER GRANTING SHORTENED TIME

The defendant's motion for shortened time is hereby granted.  The court

will consider the motion to file the settlement agreement under seal prior to December

4, 2007.

Dated this _____ day of _____, 2007.


                                                    _____
                                                    Timothy Burgess
                                                    United States District Court