Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason,                )<br>                                                  )<br>            Plaintiff,                       )<br>                                                  )<br>    vs.                                         )<br>                                                  )<br>Craig Turnbull, et al.,                 )<br>                                                  )<br>            Defendants.                   )<br>_____)  | Case No. 3:04-cv-169-TMB |

NOTICE OF FILING CORRECT SIGNATURE PAGE

Come now defendants, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby give notice that they are filing the correct affidavit signature page with this notice.

Dated this 29th day of November, 2007, at Juneau, Alaska.

        TALIS J. COLBERG
        ATTORNEY GENERAL

        By: s/Marilyn J. Kamm, ABA 7911105
        State of Alaska

Notice of Filing Correct Signature Page
*Nason v. Turnbull et al*, Case  3:04-cv-169-TMB
Page 1 of 2

Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on November 29, 2007, I caused to be mailed a true and correct copy of the foregoing & proposed order by fax and with first class postage, via the U.S. Post Office to:

    Mark Nason
    ACC
    1400 E. 4th Ave.
    Anchorage, Ak  99501

_____
By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Notice of Filing Correct Signature Page
*Nason v. Turnbull et al*, Case  3:04-cv-169-TMB
Page 2 of 2