2. I am requesting shortened time on my motion for leave to file the settlement agreement under seal. The parties are ordered to file their signed settlement agreement with the court before December 4, 2007. I neglected to ask Magistrate Smith today at the settlement conference for leave to file the document under seal. The State requests that this agreement be filed under seal because it is a confidential document.

3. The plaintiff in this matter is an inmate at Anchorage Correctional Center. I will fax the Motion for Shortened Time, this affidavit, proposed order, and the motion for leave to file document under seal to him as soon as I finish these pleadings. I will also request that the pleadings be given to him as soon as possible.

Further this affiant sayeth naught.

*/s/ Marilyn Kamm*
Marilyn Kamm

SUBSCRIBED AND SWORN TO before me this 28th day of November, 2007 at Juneau, Alaska.

*/s/ Azucena Frenzel*
Notary Public in and for State of Alaska
My Commission expires with office.

STATE OF ALASKA
OFFICIAL SEAL
Azucena Frenzel
NOTARY PUBLIC
My Commission Expires w/office

Affidavit of Counsel
*Nason v. Turnbull*, Case No. 3:04-cv-169-TMB
Page 2 of 2.

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043