IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason,  )<br>  )<br>      Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>Craig Turnbull, et al.,  )<br>  )<br>      Defendants.  )<br>_____  ) | Case No. 3:04-cv-169-TMB |

ORDER GRANTING LEAVE TO FILE SETTLEMENT AGREEMENT
UNDER SEAL

The defendants' motion for leave to file the settlement agreement under seal is hereby granted. The settlement agreement may be filed under seal.

Dated this 29th day of November, 2007.

/s/ Timothy M. Burgess
TIMOTHY BURGESS
U. S. DISTRICT COURT JUDGE