Marilyn J. Kamm
Assistant Attorney General
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Attorney for Defendants Turnbull
Elde & Houser

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MARK DANIEL NASON, | ) |
| Plaintiff, | ) |
| vs. | ) |
| CRAIG TURNBULL, et al., | ) |
| Defendants. | ) Case No. 3:04-cv-169-TMB |

STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated to, and agreed upon, that the above-referenced case shall be dismissed with prejudice, with each party to bear his own costs and attorneys fees.

Mark Daniel Nason
Plaintiff

Dated: 12-14-07          By: /s/ Mark Daniel Nason
                         Mark Daniel Nason
                         Pro Se

Stipulation for Dismissal with Prejudice
*Nason v. Turnbull et al*, Case No. 3:04-cv-169-TMB
Page 1 of 2

TALIS J. COLBERG
ATTORNEY GENERAL
Lawyers for Defendants

Dated: 12/17/07                   By: *Marilyn J. Kamm*
                                  Marilyn J. Kamm
                                  Assistant Attorney General
                                  Alaska Bar No. 7911105

## ORDER

It is so ordered. This case is hereby dismissed.

Dated: _____     _____
                                  Timothy Burgess
                                  U.S. District Court Judge

I certify that on December 17, 2007, I mailed a true and correct copy of the foregoing via U.S. Postal Service to:

Mark Nason
ACC
1400 East 4th Ave.
Anchorage, AK 99501

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK 99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Stipulation for Dismissal with Prejudice
*Nason v. Turnbull et al*, Case No. 3:04-cv-169-TMB
Page 2 of 2