Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Turnbull,
Houser & Elde

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Mark Daniel Nason,<br><br>    Plaintiff,<br><br>vs.<br><br>Craig Turnbull, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:04-cv-169-TMB |

PROPOSED ORDER DISMISSING CASE

Pursuant to the parties' Stipulation for Dismissal with Prejudice which has been filed with this court, it is hereby ordered that this case is dismissed with prejudice, with each party to bear his own costs and attorneys fees.

Dated this _____ day of December, 2007.

_____
Timothy Burgess
United States District Court