IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| Mark Daniel Nason, | ) | |
| Plaintiff, | ) ) ) ) | |
| vs. | ) ) | 3:04-cv-169 TMB |
| Craig Turnbull, et. al., | ) ) | |
| Defendants. | ) | |

**ORDER DISMISSING CASE**

Pursuant to the parties' Stipulation for Dismissal with Prejudice which has been filed with this court, it is hereby ordered that this case is dismissed with prejudice, with each party to bear his own costs and attorneys fees.

Dated this 18th day of December, 2007.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT